UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- v. -<br><br>FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, MARC WEISER, JED MCCALEB, THOMAS ZURBUCHEN, and CHRISTOPHER EMERSON,<br><br>Defendants. | Civil Action No. 1:25-cv-01812-DAE |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Firefly Aerospace Inc. ("Firefly") hereby certifies that Firefly has no parent organization, and that no publicly held corporation owns 10% or more of Firefly's stock.

Dated: December 22, 2025

/s/ Kat Li
Kat Li, P.C. (Texas State Bar No. 24070142)
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Tel.: (512) 678-9100
kat.li@kirkland.com

Stefan Atkinson, P.C. (*pro hac vice* forthcoming)
Daniel R. Cellucci (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
stefan.atkinson@kirkland.com
dan.cellucci@kirkland.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 22, 2025, counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                 */s/ Kat Li*
                 Kat Li, P.C.