**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

---

JANA K. DIAMOND, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

              - v. -

FIREFLY AEROSPACE INC., JASON KIM,
DARREN MA, REMINGTON WU, JORDI
PAREDES GARCIA, KIRK KONERT,
THOMAS MARKUSIC, MARC WEISER,
JED MCCALEB, THOMAS ZURBUCHEN,
and CHRISTOPHER EMERSON,

                Defendants.

Civil Action No. 1:25-cv-01812-DAE

---

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND FOR BRIEFING SCHEDULE**

Before the Court is the joint motion of Plaintiff Jana K. Diamond ("Plaintiff") and Defendants Firefly Aerospace Inc., Jason Kim, Darren Ma, Remington Wu, Jordi Paredes Garcia, Kirk Konert, Thomas Markusic, Marc Weiser, Jed McCaleb, Thomas Zurbuchen, and Christopher Emerson (collectively, "Defendants" and together with Plaintiff, the "Parties") to extend Defendants' deadline to answer, move to dismiss, or otherwise respond to the complaint in the above-captioned action (the "Motion"). Upon consideration, and for good cause, the Motion is GRANTED.

IT IS ORDERED that the deadline to answer, move to dismiss, or otherwise respond to the complaint, and any briefing on a motion to dismiss, shall proceed in accordance with the following schedule:

1

1.      Defendants shall not be required to answer, move to dismiss, or otherwise respond to, and are hereby expressly relieved from answering, moving to dismiss, or otherwise responding to, any complaints filed in the Action subject to the provisions of paragraph 2 below.

2.      Within fourteen (14) days after the entry of an order appointing, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§ 77z-1(a)(3), 78u-4(a)(3), lead plaintiff(s) and lead counsel in the Action (or a consolidated action encompassing the Action), lead plaintiff(s) and Defendants shall meet and confer and jointly submit to the Court a proposed schedule for the filing of a consolidated or amended complaint and for Defendants' responses thereto, including a briefing schedule for a potential motion to dismiss.

3.      Discovery and other proceedings, including a scheduling conference pursuant to Federal Rule of Civil Procedure 26(f)(1), the Parties' submission of a proposed scheduling order pursuant to Local Court Rule CV-16(c), and the Court's issuance of a scheduling order pursuant to Federal Rule of Civil Procedure 16(b), are stayed pursuant to the PSLRA, 15 U.S.C. §§ 77z-1(b)(1), 78u-4(b)(3)(B).

SIGNED this __23rd__ day of ___December_____, 2025.


_____
David Alan Ezra
Senior United States District Judge

2