- 1 -

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY AEROSPACE INC., et al.,<br><br>Defendants. | § Civil Action No. 1:25-cv-01812-DAE<br>§<br>§ <u>CLASS ACTION</u><br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**AFFIDAVIT OF JOE KENDALL IN SUPPORT OF PRAKASH VASUDEVA BHAT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

- 1 -

4927-7859-7766.v1

- 2 -

I, Joe Kendall, declare, under penalty of perjury:

1.      I am a member of the law firm of Kendall Law Group, PLLC, the State Bar of Texas, this Court, and am local counsel for proposed lead plaintiff Prakash Vasudeva Bhat.  I submit this affidavit in support of Prakash Vasudeva Bhat's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of class action published on *ACCESS Newswire*, a national business-oriented publication, dated November 11, 2025;

Exhibit B:    Prakash Vasudeva Bhat's Sworn Certification;

Exhibit C:    Charts of Prakash Vasudeva Bhat's loss estimates, prepared by counsel; and

Exhibit D:    Declaration of Prakash Vasudeva Bhat.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 12, 2026.



*s/ Joe Kendall*

JOE KENDALL

- 2 -

4927-7859-7766.v1