# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Prakash Vasudeva Bhat ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this __08__ day of January, 2026.

Signed by:

43A16F87EE4A411...

_____
Prakash Vasudeva Bhat

FIREFLY

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/22/2025 | 70 | $46.22 |
| 09/22/2025 | 163 | $46.22 |
| 09/22/2025 | 65 | $46.22 |
| 09/22/2025 | 43 | $46.22 |
| 09/22/2025 | 207 | $46.22 |
| 09/22/2025 | 3,452 | $46.22 |
| 09/22/2025 | 300 | $46.11 |
| 09/22/2025 | 3,147 | $46.11 |
| 09/22/2025 | 184 | $46.11 |
| 09/22/2025 | 369 | $46.11 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 11/06/2025 | 6,400 | $19.70 |
| 11/06/2025 | 1,137 | $19.85 |
| 11/06/2025 | 463 | $19.98 |

Prices listed are rounded up to two decimal places.