# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|-----------|------|-----------------|-------|----------------|--------------------|
| **Prakash Vasudeva Bhat** | 09/22/2025 | 70 | $45.00 | $3,150.00 | 11/06/2025 | 6,400 | $19.70 | $126,057.98 | |
| | 09/22/2025 | 163 | $45.00 | $7,335.00 | 11/06/2025 | 1,137 | $19.85 | $22,568.17 | |
| | 09/22/2025 | 65 | $45.00 | $2,925.00 | 11/06/2025 | 463 | $19.98 | $9,250.74 | |
| | 09/22/2025 | 43 | $45.00 | $1,935.00 | | | | | |
| | 09/22/2025 | 207 | $45.00 | $9,315.00 | | | | | |
| | 09/22/2025 | 3,452 | $45.00 | $155,340.00 | | | | | |
| | 09/22/2025 | 300 | $45.00 | $13,500.00 | | | | | |
| | 09/22/2025 | 3,147 | $45.00 | $141,615.00 | | | | | |
| | 09/22/2025 | 184 | $45.00 | $8,280.00 | | | | | |
| | 09/22/2025 | 369 | $45.00 | $16,605.00 | | | | | |
| **Movant's Total** | | **8,000** | | **$360,000.00** | | **8,000** | | **$157,876.89** | **($202,123.11)** |

Prices listed are rounded to two decimal places.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Prakash Vasudeva Bhat** | 09/22/2025 | 70 | $46.22 | $3,235.40 | 11/06/2025 | 6,400 | $26.82 | $171,655.04 | |
| | 09/22/2025 | 163 | $46.22 | $7,533.86 | 11/06/2025 | 1,137 | $26.82 | $30,495.59 | |
| | 09/22/2025 | 65 | $46.22 | $3,004.30 | 11/06/2025 | 463 | $26.82 | $12,418.17 | |
| | 09/22/2025 | 43 | $46.22 | $1,987.46 | | | | | |
| | 09/22/2025 | 207 | $46.22 | $9,567.54 | | | | | |
| | 09/22/2025 | 3,452 | $46.22 | $159,551.44 | | | | | |
| | 09/22/2025 | 300 | $46.11 | $13,833.00 | | | | | |
| | 09/22/2025 | 3,147 | $46.11 | $145,108.17 | | | | | |
| | 09/22/2025 | 184 | $46.11 | $8,484.24 | | | | | |
| | 09/22/2025 | 369 | $46.11 | $17,014.59 | | | | | |
| **Movant's Total** | | **8,000** | | **$369,320.00** | | **8,000** | | **$214,568.80** | **($154,751.20)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.