- 1 -

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY AEROSPACE INC., et al.,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 1:25-cv-01812-DAE<br><br>CLASS ACTION |

**ORDER GRANTING PRAKASH VASUDEVA BHAT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

- 1 -

- 2 -

Having considered Prakash Vasudeva Bhat's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The file in Case No. 1:25-cv-01812 shall be the master file for the action. All securities class actions on behalf of purchasers of Firefly Aerospace Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

2. The Motion is GRANTED.

3. Prakash Vasudeva Bhat is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii) and 15 U.S.C. §77z-1(a)(3)(B)(iii).

4. Prakash Vasudeva Bhat's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) and 15 U.S.C. §77z-1(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of lead plaintiff and the putative class:

    (a) the preparation and filing of all pleadings;

    (b) the briefing and argument of all motions;

    (c) the conduct of all discovery proceedings including depositions;

    (d) the selection of counsel to act as spokesperson at all pretrial conferences;

    (e) settlement negotiations;

- 3 -

(f)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

(g)    the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED:  _____    _____

THE HONORABLE DAVID A. EZRA
UNITED STATES SENIOR DISTRICT JUDGE

4919-4609-4214.v1