**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, MARC WEISER, JED MCCALEB, THOMAS ZURBUCHEN, and CHRISTOPHER EMERSON,<br><br>Defendants. | Case No.: 1:25-cv-01812-DAE |

**DECLARATION OF THANE TYLER SPONSEL III IN SUPPORT OF JULIAN PETROULAS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Thane Tyler Sponsel III, hereby declare as follows:

1. I am a partner at Sponsel Miller PLLC ("Sponsel Miller"), liaison counsel for lead plaintiff movant Julian Petroulas ("Movant"), and proposed liaison counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint him to serve as Lead Plaintiff in the above-captioned action (the "Action") and to approve his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Sponsel Miller as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:    Certification of Movant attaching his transactions made in Firefly Aerospace Inc. ("Firefly" or the "Company") common stock pursuant and/or traceable to the IPO and/or securities during the Class Period.

2

**Exhibit B**:    Table of the calculated losses incurred by Movant as a result of his transactions in Firefly common stock and/or securities.

**Exhibit C**:    Press release published November 12, 2025, on *ACCESS Newswire*, announcing the pendency of the Action.

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion.

**Exhibit E**:    Firm résumés of Levi & Korsinsky and Sponsel Miller.

Dated: January 12, 2026                                             By: */s/ Thane Tyler Sponsel III*
                                                                                         Thane Tyler Sponsel III

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 12, 2026, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III

3