# EXHIBIT B

| Client Name | Julian Petroulas |
|---|---|
| Company Name | Firefly Aerospace Inc. |
| Ticker Symbol | FLY |
| Security Type | |
| Class Period Start | 08-07-2025 |
| Class Period End | 09-29-2025 |
| 90-DAY Lookback Period Start | 09-30-2025 |
| 90-DAY Lookback Period End | 12-28-2025 |
| 90-DAY Lookback Average | $ 23.25 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $5,656,582.94 |
| DURA LIFO* Total | $5,656,582.94 |
| Gross Shares Purchased | 159,402 |
| Net Shares Retained | 159,402 |
| Net Funds Expended | $9,362,936.54 |

| Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-07-2025 | 47600 | 69 | $ 3,284,400.00 | | | | | | | - | 47600 | 47600 | $ 23.25 | $ 1,106,776.77 | $ 2,177,623.23 | $ 2,177,623.23 |
| 08-07-2025 | 7200 | 68.477525 | $ 493,038.18 | | | | | | | - | 7200 | 7200 | $ 23.25 | $ 167,411.61 | $ 325,626.57 | $ 325,626.57 |
| 08-07-2025 | 1000 | 68.6932 | $ 68,693.20 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 45,441.59 | $ 45,441.59 |
| 08-07-2025 | 1000 | 65.239 | $ 65,239.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 41,987.39 | $ 41,987.39 |
| 08-07-2025 | 2500 | 64.132 | $ 160,330.00 | | | | | | | - | 2500 | 2500 | $ 23.25 | $ 58,129.03 | $ 102,200.97 | $ 102,200.97 |
| 08-07-2025 | 1000 | 62 | $ 62,000.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 38,748.39 | $ 38,748.39 |
| 08-07-2025 | 3400 | 61.48 | $ 209,032.00 | | | | | | | - | 3400 | 3400 | $ 23.25 | $ 79,055.48 | $ 129,976.52 | $ 129,976.52 |
| 08-07-2025 | 1000 | 60.88 | $ 60,880.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 37,628.39 | $ 37,628.39 |
| 08-07-2025 | 1000 | 61.03 | $ 61,030.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 37,778.39 | $ 37,778.39 |
| 08-07-2025 | 1000 | 60.9768 | $ 60,976.80 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 37,725.19 | $ 37,725.19 |
| 08-07-2025 | 3300 | 63.21372727 | $ 208,605.30 | | | | | | | - | 3300 | 3300 | $ 23.25 | $ 76,730.32 | $ 131,874.98 | $ 131,874.98 |
| 08-07-2025 | 1000 | 64.962025 | $ 64,962.03 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 41,710.41 | $ 41,710.41 |
| 08-07-2025 | 1000 | 67.3351 | $ 67,335.10 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 44,083.49 | $ 44,083.49 |
| 08-07-2025 | 1000 | 65.8077 | $ 65,807.70 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 42,556.09 | $ 42,556.09 |
| 08-07-2025 | 1000 | 65.75 | $ 65,750.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 42,498.39 | $ 42,498.39 |
| 08-07-2025 | 1000 | 65.88 | $ 65,880.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 42,628.39 | $ 42,628.39 |
| 08-07-2025 | 1000 | 65.35 | $ 65,350.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 42,098.39 | $ 42,098.39 |
| 08-07-2025 | 3300 | 63.13917273 | $ 208,359.27 | | | | | | | - | 3300 | 3300 | $ 23.25 | $ 76,730.32 | $ 131,628.95 | $ 131,628.95 |
| 08-07-2025 | 3800 | 63.33 | $ 240,654.00 | | | | | | | - | 3800 | 3800 | $ 23.25 | $ 88,356.13 | $ 152,297.87 | $ 152,297.87 |
| 08-07-2025 | 1000 | 63.316 | $ 63,316.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 40,064.39 | $ 40,064.39 |
| 08-07-2025 | 1000 | 63.1 | $ 63,100.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 39,848.39 | $ 39,848.39 |
| 08-07-2025 | 4400 | 62.5 | $ 275,000.00 | | | | | | | - | 4400 | 4400 | $ 23.25 | $ 102,307.10 | $ 172,692.90 | $ 172,692.90 |
| 08-07-2025 | 1000 | 62.65 | $ 62,650.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 39,398.39 | $ 39,398.39 |
| 08-07-2025 | 1000 | 62.8025 | $ 62,802.50 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 39,550.89 | $ 39,550.89 |
| 08-07-2025 | 1900 | 63.35 | $ 120,365.00 | | | | | | | - | 1900 | 1900 | $ 23.25 | $ 44,178.06 | $ 76,186.94 | $ 76,186.94 |
| 08-07-2025 | 1500 | 60.19137333 | $ 90,287.06 | | | | | | | - | 1500 | 1500 | $ 23.25 | $ 34,877.42 | $ 55,409.64 | $ 55,409.64 |
| 08-07-2025 | 1000 | 60.23774 | $ 60,237.74 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 36,986.13 | $ 36,986.13 |
| 08-07-2025 | 300 | 60.1793 | $ 18,053.79 | | | | | | | - | 300 | 300 | $ 23.25 | $ 6,975.48 | $ 11,078.31 | $ 11,078.31 |
| 08-07-2025 | 1800 | 57.48844444 | $ 103,479.20 | | | | | | | - | 1800 | 1800 | $ 23.25 | $ 41,852.90 | $ 61,626.30 | $ 61,626.30 |
| 08-07-2025 | 3000 | 57.49333333 | $ 172,480.00 | | | | | | | - | 3000 | 3000 | $ 23.25 | $ 69,754.84 | $ 102,725.16 | $ 102,725.16 |
| 08-07-2025 | 2300 | 57 | $ 131,100.00 | | | | | | | - | 2300 | 2300 | $ 23.25 | $ 53,478.71 | $ 77,621.29 | $ 77,621.29 |
| 08-08-2025 | 2100 | 54.8 | $ 115,080.00 | | | | | | | - | 2100 | 2100 | $ 23.25 | $ 48,828.39 | $ 66,251.61 | $ 66,251.61 |
| 08-08-2025 | 164 | 54.4 | $ 8,921.60 | | | | | | | - | 164 | 164 | $ 23.25 | $ 3,813.26 | $ 5,108.34 | $ 5,108.34 |
| 08-08-2025 | 2000 | 54.5 | $ 109,000.00 | | | | | | | - | 2000 | 2000 | $ 23.25 | $ 46,503.23 | $ 62,496.77 | $ 62,496.77 |
| 08-08-2025 | 3700 | 52.71265081 | $ 195,036.81 | | | | | | | - | 3700 | 3700 | $ 23.25 | $ 86,030.97 | $ 109,005.84 | $ 109,005.84 |
| 08-08-2025 | 1400 | 52.41264286 | $ 73,377.70 | | | | | | | - | 1400 | 1400 | $ 23.25 | $ 32,552.26 | $ 40,825.44 | $ 40,825.44 |
| 08-08-2025 | 5000 | 54.5 | $ 272,500.00 | | | | | | | - | 5000 | 5000 | $ 23.25 | $ 116,258.06 | $ 156,241.94 | $ 156,241.94 |
| 08-08-2025 | 1000 | 56.408 | $ 56,408.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 33,156.39 | $ 33,156.39 |
| 08-08-2025 | 1000 | 56.3 | $ 56,300.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 33,048.39 | $ 33,048.39 |
| 08-08-2025 | 1600 | 51.5 | $ 82,400.00 | | | | | | | - | 1600 | 1600 | $ 23.25 | $ 37,202.58 | $ 45,197.42 | $ 45,197.42 |
| 08-08-2025 | 3100 | 50.78067742 | $ 157,420.10 | | | | | | | - | 3100 | 3100 | $ 23.25 | $ 72,080.00 | $ 85,340.10 | $ 85,340.10 |
| 08-08-2025 | 1000 | 51.19 | $ 51,190.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 27,938.39 | $ 27,938.39 |
| 08-08-2025 | 2700 | 49.63611111 | $ 134,017.50 | | | | | | | - | 2700 | 2700 | $ 23.25 | $ 62,779.35 | $ 71,238.15 | $ 71,238.15 |
| 08-08-2025 | 1000 | 49.783 | $ 49,783.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 26,531.39 | $ 26,531.39 |
| 08-08-2025 | 1000 | 49.7816 | $ 49,781.60 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 26,529.99 | $ 26,529.99 |
| 08-08-2025 | 1000 | 49.776 | $ 49,776.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 26,524.39 | $ 26,524.39 |
| 08-08-2025 | 1000 | 49.798 | $ 49,798.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 26,546.39 | $ 26,546.39 |
| 08-10-2025 | 1000 | 48.08 | $ 48,080.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 24,828.39 | $ 24,828.39 |
| 08-26-2025 | 2 | 46.91 | $ 93.82 | | | | | | | - | 2 | 2 | $ 23.25 | $ 46.50 | $ 47.32 | $ 47.32 |
| 09-12-2025 | 2400 | 42.59 | $ 102,216.00 | | | | | | | - | 2400 | 2400 | $ 23.25 | $ 55,803.87 | $ 46,412.13 | $ 46,412.13 |
| 09-22-2025 | 4800 | 45.9 | $ 220,320.00 | | | | | | | - | 4800 | 4800 | $ 23.25 | $ 111,607.74 | $ 108,712.26 | $ 108,712.26 |
| 09-25-2025 | 2900 | 37.51894828 | $ 108,804.95 | | | | | | | - | 2900 | 2900 | $ 23.25 | $ 67,429.68 | $ 41,375.27 | $ 41,375.27 |
| 09-25-2025 | 2600 | 37.41511539 | $ 97,279.30 | | | | | | | - | 2600 | 2600 | $ 23.25 | $ 60,454.19 | $ 36,825.11 | $ 36,825.11 |
| 09-25-2025 | 1000 | 37.2317 | $ 37,231.70 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 13,980.09 | $ 13,980.09 |
| 09-25-2025 | 1900 | 36.9 | $ 70,110.00 | | | | | | | - | 1900 | 1900 | $ 23.25 | $ 44,178.06 | $ 25,931.94 | $ 25,931.94 |
| 09-25-2025 | 1000 | 36.9 | $ 36,900.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 13,648.39 | $ 13,648.39 |
| 09-25-2025 | 1000 | 36.86 | $ 36,860.00 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 13,608.39 | $ 13,608.39 |
| 09-29-2025 | 1700 | 34.95051177 | $ 59,415.87 | | | | | | | - | 1700 | 1700 | $ 23.25 | $ 39,527.74 | $ 19,888.13 | $ 19,888.13 |
| 09-29-2025 | 1000 | 34.88325 | $ 34,883.25 | | | | | | | - | 1000 | 1000 | $ 23.25 | $ 23,251.61 | $ 11,631.64 | $ 11,631.64 |
| 09-29-2025 | 380 | 34.6 | $ 13,148.00 | | | | | | | - | 380 | 380 | $ 23.25 | $ 8,835.61 | $ 4,312.39 | $ 4,312.39 |
| 09-29-2025 | 2156 | 33.33 | $ 71,859.48 | | | | | | | - | 2156 | 2156 | $ 23.25 | $ 50,130.48 | $ 21,729.00 | $ 21,729.00 |

| 09-29-2025 | 3500 | 32.5 | $113,790.00 | | 3500 | 3500 | $29.25 | $ 81,380.65 | $ 32,369.35 | $ 32,369.35 |
| Total: | 159,402 | | $9,362,936.54 | | 159,402 | 159,402 | | $3,706,353.60 | $5,656,582.94 | $5,656,582.94 |

**Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)**

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

| Case Name | Firefly Aerospace Inc. |
|---|---|
| Ticker | FLY |
| IPO Date | 08/07/2025 |

| Client Name | Account Number |
|---|---|
| Julian Petroulas | 1 |
| **§ 11 Loss Calculation** | |
| Total Shares Acquired | 241,311 |
| Total Shares Acquired (Disregarding Undamaged Shares) | 234111 |
| IPO Offer Price | $ 45.00 |
| Value of Shares at Acquisition* (Disregarding Undamaged Shares) | $ 9,039,144.04 |
| Close Date | 11/11/2025 |
| Closing Price | $ 19.13 |
| Estimated Value of Shares** | $ 4,478,543.43 |
| **Estimated Loss/(Gain)** | **$ 4,560,600.61** |

| Client Name | Estimated Gain / Loss |
|---|---|
| Julian Petroulas | $ 4,560,600.61 |
| **Total** | **$ 4,560,600.61** |

\* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering price of $45 are valued at $45 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), shares are valued at the (1) closing stock price on the date the initial federal complaint asserting claims under Section 11 - November 11, 2025 ($19.13), if shares are retained; (2) selling stock price if sold prior to the filing of the suit; or (3) price at which the stock was sold, after the filing of the initial federal complaint, but before judgment, if sold for more than the closing stock price on the date the federal complaint was filed.