# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, MARC WEISER, JED MCCALEB, THOMAS ZURBUCHEN, and CHRISTOPHER EMERSON,<br><br>Defendants. | Case No.: 1:25-cv-01812 |

**DECLARATION OF JULIAN PETROULAS IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Julian Petroulas, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Firefly Aerospace Inc. ("Firefly" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Dubai, United Arab Emirates. I am the founder of Over Agency, a management and marketing agency focused on artist development internationally. Before Over Agency, I founded and sold a successful festival promotions company and a subscription tech company. I am presently self-employed as an entrepreneur in the lifestyle and entertainment industry. I create and produce content over social media featuring myself and various associates discussing travel, health and wellness, pop culture, lifestyle, and business topics, including investments. I also manage a personal portfolio of investments for my own benefit which consists of real estate investments, businesses, and equities, including the stock investment at issue

in this action. I have been investing in securities for over ten years. I have experience hiring and overseeing attorneys for personal and business matters, which includes recent litigation in Indonesia arising from a real estate transaction.

3.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

2

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 5th day of December 2025.

Julian Petroulas (Dec 8, 2025 16:39:06 GMT+1)

Julian Petroulas

3