**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, MARC WEISER, JED MCCALEB, THOMAS ZURBUCHEN, and CHRISTOPHER EMERSON,**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:25-cv-01812-DAE**<br><br>**MOTION OF MOVANT DABO ZHAO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

Movant Dabo Zhao ("Movant"), through counsel, hereby moves the Court pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(a)     appointing Movant as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm P.A. ("Rosen Law") and The Schall Law Firm ("Schall Law") as Co-Lead Counsel and Condon Tobin Sladek Sparks Nerenberg PLLC ("Condon Tobin") as Liaison Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) a Memorandum of Law dated January 12, 2026; (2) Appendix Accompanying Movant's Motion, dated January 12, 2026; and (3) a

[Proposed] Order Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of Counsel.

The Court is to appoint the Lead Plaintiff to oversee the prosecution of the action. *See* 15 U.S.C. § 77z-1(a)(3)(B)(ii); 15 U.S.C. § 78u-4(a)(3)(B)(ii). Only Class members that either filed a complaint or a motion by the statutory deadline are eligible to be appointed as Lead Plaintiff. *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)(aa); 15 U.S.C. § 78u4(a)(3)(B)(iii)(I)(aa). Movant has the "largest financial interest in the relief sought by the class" and is therefore the "most adequate plaintiff." 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I); 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Movant also satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure and is perfectly situated to represent all Class members. Further, Movant understands the lead plaintiff's obligations to the Class under the PSLRA and is willing and able to undertake the responsibilities entailed in serving as Lead Plaintiff to guarantee the vigorous prosecution of this action.

Movant further requests that the Court approve his selection of Rosen Law and Schall Law as Co-Lead Counsel. *See* 15 U.S.C. § 77z-1(a)(3)(B)(v); 15 U.S.C. § 78u-4(a)(3)(B)(v). The firms have prosecuted numerous securities fraud class actions and other complex litigation and obtained substantial recoveries on behalf of investors.

Movant respectfully requests that the Court: (i) appoint Movant as Lead Plaintiff; (ii) approve Movant's selection of Rosen Law and Schall Law as Co-Lead Counsel for the Class and Condon Tobin as Liaison Counsel for the Class; and (iv) grant any such further relief as the Court may deem just and proper.

Dated: January 12, 2026                    Respectfully submitted,

                                           **CONDON TOBIN SLADEK SPARKS**
                                           **  NERENBERG PLLC**


                                            */s/ Stuart L. Cochran*
                                           Stuart L. Cochran
                                           Texas Bar No.: 24027936
                                           8080 Park Lane, Suite 700
                                           Dallas, Texas 75231
                                           T: 214-265-3804
                                           scochran@condontobin.com

                                           *[Proposed] Liaison Counsel for*
                                           *Movant and the Class*

                                           **THE ROSEN LAW FIRM, P.A.**
                                           Laurence Rosen, Esq. (pro hac vice to be filed)
                                           Phillip Kim, Esq. (pro hac vice to be filed)
                                           275 Madison Avenue, 40th Floor
                                           New York, NY 10116
                                           Phone: (212) 686-1060
                                           Email: lrosen@rosenlegal.com
                                           Email: philkim@rosenlegal.com

                                           **THE SCHALL LAW FIRM**
                                           Brian Schall, Esq. (pro hac vice to be filed)
                                           2049 Century Park East, Suite 2460
                                           Los Angeles, California 90067
                                           Telephone: (310) 301-3335
                                           Email: brian@schallfirm.com

                                           *[Proposed] Co-Lead Counsel for Movant and Class*

## CERTIFICATE OF CONFERENCE

Local Court Rule CV-7(g) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Court Rule CV-7(g) be waived.

                                            */s/ Stuart L. Cochran*
                                           Stuart L. Cochran

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of January, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran