**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| **JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, MARC WEISER, JED MCCALEB, THOMAS ZURBUCHEN, and CHRISTOPHER EMERSON,**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:25-cv-01812-DAE**<br><br>**MOVANT DABO ZHAO'S APPENDIX ACCOMPANYING HIS MOTION TO APPOINT MOVANT AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

Attached are true and correct copies of the following exhibits:

Exhibit 1:     PSLRA early notice issued on November 11, 2025;

Exhibit 2:     Movant Dabo Zhao's PSLRA Certification;

Exhibit 3:     Movant Dabo Zhao's Loss Chart;

Exhibit 4:     The Rosen Law Firm, P.A.'s firm resume;

Exhibit 5:     The Schall Law Firm's firm resume;

Exhibit 6:     Condon Tobin Sladek Sparks Nerenberg PLLC's firm resume.

Dated: January 12, 2026                Respectfully submitted,

                                                    **CONDON TOBIN SLADEK SPARKS**
                                                       **NERENBERG PLLC**


                                                     */s/ Stuart L. Cochran*
                                                    Stuart L. Cochran
                                                    Texas Bar No.: 24027936


**MOVANT DABO ZHAO'S APPENDIX ACCOMPANYING HIS MOTION TO APPOINT MOVANT AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 1

8080 Park Lane, Suite 700
Dallas, Texas 75231
T: 214-265-3804
F: 214-691-6311
scochran@condontobin.com

*[Proposed] Liaison Counsel for*
*Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (pro hac vice to be filed)
Phillip Kim, Esq. (pro hac vice to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: philkim@rosenlegal.com

**THE SCHALL LAW FIRM**
Brian Schall, Esq. (pro hac vice to be filed)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com

*[Proposed] Co-Lead Counsel for Movant and Class*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 12th day of January 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

    */s/ Stuart L. Cochran*
Stuart L. Cochran

**MOVANT DABO ZHAO'S APPENDIX ACCOMPANYING HIS MOTION TO APPOINT MOVANT AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** – Page 2