# Exhibit 3

**Firefly Aerospace Inc.**
Class: (a) issued in connection with August 7, 2025 IPO and/or (b) August 7, 2025 through September 29, 2025, inclusive (the "Class Period")

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 10b Lookback Price | Section 11 Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $23.25 | $19.13 |
| Dabo Zhao | 8/7/2025 | 2,500 | ($70.00) | ($175,000.00) | 10/2/2025 | 3,000 | $27.05 | $81,150.00 | | | | | |
| **10b Loss** | 8/7/2025 | 500 | ($67.00) | ($33,500.00) | | | | | | | | | |
| | | 3,000 | | ($208,500.00) | | 3,000 | | $81,150.00 | 0 | $0.00 | ($127,350.00) | | |
| | | | | | | | | | | | | | |
| **Section 11 Loss** | 8/7/2025 | 2,500.00 | ($45.00) | ($112,500.00) | 10/2/2025 | 3,000 | $27.05 | $81,150.00 | | | | | |
| | 8/7/2025 | 500.00 | ($45.00) | ($22,500.00) | | | | | | | | | |
| | | 3,000 | | ($135,000.00) | | 3,000 | | $81,150.00 | 0.00 | $0.00 | ($53,850.00) | | |