**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JANA K. DIAMOND, on behalf of herself and all others similarly situated, <br><br>       *Plaintiff*, <br><br>       v. <br><br> FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, WEISER, JED MCCALEB, THOMAS ZURBUCHEN, AND CHRISTOPHER EMERSON, <br><br>       *Defendants*. | Case No.: 1:25-cv-1812-DAE <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF FRANCISCO GUERRA IV IN SUPPORT OF MOTION FOR APPOINTMENT OF DUSTIN MOON AND ABDULLAH SAAD M. ALARIFI AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francisco Guerra IV, declare as follows:

I am an attorney duly licensed to practice before the court of the State of Texas and this Court. I am an attorney associated with the law firm Guerra LLP, local counsel for proposed lead plaintiffs Dustin Moon ("Moon") and Abdullah Saad M. Alarifi ("Alarifi") (together, "Movants") in the above-captioned matter. I make this declaration in support of the Movants' motion for: (i) appointment as Co-Lead Plaintiffs; (ii) approval of their selection of DiCello Levitt LLP ("DiCello Levitt") as Lead Counsel for the proposed Class; and (iii) any such further relief as the Court may deem just and proper (the "Motion"). I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:  Notice of Pendency of the first-filed action, *Diamond v. Firefly Aerospace Inc.*, No. 1:25-cv-01812-DAE (W.D. Tex., filed Nov. 11, 2025), published on *Access Newswire* on November 11, 2025;

Exhibit B:  Movants' Sworn Certifications pursuant to the Private Securities Litigation Reform Act;

Exhibit C:  Charts of the Movants' estimated losses, prepared by counsel;

Exhibit D:  The Movants' Joint Declaration;

Exhibit E:  *Saleh v. AstraZeneca PLC, et al.*, No. 2:24-cv-11021-JFW-AS, Minute Order, ECF. 40 (C.D. Cal. Mar. 21, 2025); and

Exhibit F:  DiCello Levitt LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January 2026, at San Antonio, County of Bexar, Texas.

*/s/ Francisco Guerra IV.*
Francisco "Frank" Guerra IV.

1