# Exhibit B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Abdullah Saad M Alarifi, ("Plaintiff") declares as follows:

1.      Plaintiff has reviewed a copy of the Class Action Complaint for Violations of the Federal Securities Laws against Firefly Aerospace Inc. and authorize the filing of a lead plaintiff motion.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff made the following transaction(s) during the Class Period in the securities that are the subject of this action.  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

12/22/2025

Executed this ___ day of December 2025.

Signed: _____

Signed by:

6BAD5BFE1DDD4F6...

ABDULLAH SAAD M ALARIFI

- 1 -

**SCHEDULE A**
**SECURITIES TRANSACTIONS**
Abdullah Saad M Alarifi
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 08/07/25 | 100 | $69.30 |
| 08/07/25 | 50 | $60.69 |
| 08/07/25 | 50 | $63.20 |
| 08/07/25 | 50 | $62.50 |
| 08/07/25 | 54 | $62.40 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 08/07/25 | 50 | $71.00 |
| 08/11/25 | 4 | $51.82 |
| 08/19/25 | 5 | $45.35 |
| 09/02/25 | 5 | $44.22 |
| 09/08/25 | 10 | $42.01 |
| 09/11/25 | 10 | $42.44 |
| 09/23/25 | 220 | $43.25 |

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, Dustin Moon, ("Plaintiff") declares as follows:

1.    Plaintiff has reviewed a copy of the Class Action Complaint for Violations of the Federal Securities Laws against Firefly Aerospace Inc. and authorize the filing of a lead plaintiff motion.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff made the following transaction(s) during the Class Period in the securities that are the subject of this action. *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1/2/2026

Executed this ____ day of December 2025.

Signed:    Signed by:
Dustin Moon
B957D369AD8B44B...

- 1 -

## SCHEDULE A
## SECURITIES TRANSACTIONS
Dustin Moon
Common Stock

| Date Purchased | Amount of Shares Purchased | Price |
|---|---|---|
| 09/23/25 | 340 | $44.14 |
| 09/25/25 | 100 | $37.58 |
| 09/25/25 | 32 | $37.72 |
| 10/01/25 | 186 | $26.70 |