# Exhibit C

Abdullah Saad M Alarifi - LIFO Loss
Firefly Aerospace
Class Period: 8/7/25 to 9/29/25
Lookback Price: $23.2516 (09/30/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 08/07/25 | 50 | $71.00 | $3,550.00 |
| | | | | | Sale | 08/11/25 | 4 | $51.82 | $207.28 |
| | | | | | Sale | 08/19/25 | 5 | $45.35 | $226.75 |
| | | | | | Sale | 09/02/25 | 5 | $44.22 | $221.10 |
| | | | | | Sale | 09/08/25 | 10 | $42.01 | $420.10 |
| Purchase | 08/07/25 | 100 | $69.30 | $6,930 | Sale | 09/11/25 | 10 | $42.44 | $424.40 |
| Purchase | 08/07/25 | 50 | $60.69 | $3,035 | Sale | 09/23/25 | 220 | $43.25 | $9,515.00 |
| Purchase | 08/07/25 | 50 | $63.20 | $3,160 | | | | | |
| Purchase | 08/07/25 | 50 | $62.50 | $3,125 | | | | | |
| Purchase | 08/07/25 | 54 | $62.40 | $3,370 | Retained | | 0 | $23.25 | $0.00 |
| | | **304** | | **$19,619.10** | | | **304** | | **$14,564.63** |
| | | | | | | **LIFO Gain / (Loss)** | | | **($5,054.47)** |

Dustin Moon - LIFO Loss
Firefly Aerospace
Class Period: 8/7/25 to 9/29/25
Lookback Price: $23.2516 (09/30/25 - 12/26/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 09/23/25 | 340 | $44.14 | $15,008 | | | | | |
| Purchase | 09/25/25 | 100 | $37.58 | $3,758 | | | | | |
| Purchase | 09/25/25 | 32 | $37.72 | $1,207 | Retained | | 472 | $23.25 | $10,974.76 |
| | | **472** | | **$19,972.64** | | | **472** | | **$10,974.76** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($8,997.88)** |
| | | | | | | | **Section 11 Gain / (Loss)** | | **($5,126.46)** |