# Exhibit D

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JANA K. DIAMOND, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, MARC WEISER, JED MCCALEB, THOMAS ZUERBUCHEN, and CHRISTOPHER EMERSON,<br><br>    Defendants. | Case No.: 1:25-cv-01812-DAE<br><br><br>JOINT DECLARATION OF DUSTIN MOON AND ABDULLAH SAAD M. ALARIFI IN SUPPORT OF THEIR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL |

We, the undersigned, pursuant to 28 U.S.C. §1746, declare as follows:

1.      We, Dustin Moon and Abdullah Saad M. Alarifi, respectfully submit this Joint Declaration in support of our appointment as Co-Lead Plaintiffs and for approval of our selection of DiCello Levitt LLP ("DiCello Levitt") as Lead Counsel and Morris Kandinov LLP ("MoKa") in the securities class action (the "Action") as Additional Counsel against Firefly Aerospace Inc. ("Firefly Aerospace") and certain of its senior executives (collectively, "Defendants"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").   We are informed of and understand the requirements and duties imposed by the PSLRA.   We each have personal knowledge about the information in this Joint Declaration.

2.      I, Dustin Moon, live in Portland, Oregon.  I have an undergraduate degree from Whitman College and a master's degree in architecture from the University of California, Berkeley.  I am 47 years old and have been investing in securities markets since approximately 1996.  As reflected in my Certification, I purchased Firefly Aerospace securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this Action.

3.      I, Abdullah Saad M. Alarifi, live in Riyadh, Saudi Arabia.  I have a degree from King Saud University, where I majored in management.  I am 47 years old and I have been investing in securities markets since 2005.  As reflected in my Certification, I purchased Firefly Aerospace securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this Action.

4.      Before filing our motion, we discussed our leadership, decision-making, and oversight of this litigation, including the strategy for joint prosecution of the case, the strengths of seeking appointment together, the lead plaintiff's responsibilities, our oversight of counsel, our

2

commitment to act in the class's best interests, and the lead plaintiff motion process. We are committed to having additional communications as often as necessary to ensure responsible oversight and direction of counsel if we are appointed lead plaintiff.

5. We understand that, if appointed as lead plaintiff, we will be entrusted with prosecuting this action on behalf of not only our interests, but the many other investors whose interests are at stake. We are aware that, as lead plaintiff, we will interact with and direct counsel, review and comment on important pleadings and documents in the case, attend certain court hearings, participate in discovery (including having our depositions taken and providing evidence relating to our investments in Firefly Aerospace), participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class as well as approve any attorneys' fee and cost request by counsel. As our certifications attest, we are willing to undertake these responsibilities, and we will ensure and hereby affirm that the Action will be vigorously prosecuted consistent with the PSLRA's lead plaintiff obligations and in the best interest of the class.

6. We also understand that under the PSLRA, the lead plaintiffs have an obligation to select qualified lead counsel and to supervise lead counsel's prosecution of this case to ensure that the Action is prosecuted without unreasonable expense or cost. We have approved DiCello Levitt to serve as Lead Counsel and MoKa to serve as Additional Counsel for the putative class based on discussions with the attorneys at each firm. We understand that Lead Counsel is submitting this declaration along with an application for appointment as Co-Lead Plaintiffs on our behalf. DiCello Levitt and MoKa have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and

3

actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings as necessary.

7.      We attest to our shared belief in the merits of this action; our shared desire to achieve the best possible result for the Class; our shared interest in prosecuting the case in a collaborative and likeminded manner; our understanding of the fiduciary obligations of Lead Plaintiffs; and our preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated.

8.      We understand that we were not required to seek appointment as lead plaintiffs in order to recover.   Based on our financial interest, we each decided to seek lead plaintiff appointment jointly rather than remain an absent class member.  As our respective Certifications state, we will not accept any payment for serving as a representative party beyond our pro rata share, except any reasonable costs and expenses, such as lost wages and travel expenses, directly related to the representation of the Class, as ordered or approved by the Court pursuant to the PSLRA.

I, Dustin Moon, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.   Executed on 1/9/2026
_____.



_____
DUSTIN MOON

I, Abdullah Saad M. Alarifi, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed on 1/9/2026
_____.



_____
ABDULLAH SAAD M. ALARIFI

4