# Exhibit F

Justice in all its **DIMENSIONS**

# SECURITIES AND FINANCIAL PRODUCTS LITIGATION RESUME





# OVERVIEW

DiCello Levitt is focused on achieving justice for its clients. The firm's attorneys are respected for their ability to win cases and work tirelessly for human beings who deserve the firm's best, whether they be victims in major injury cases, decision-makers for public clients tasked with finding the best lawyers for their communities, or leaders of national and global corporations harmed by misconduct in significant commercial matters. Every day, DiCello Levitt puts its reputation – and its capital – on the line for its clients.

DiCello Levitt has achieved top recognition as *ALM* and *The National Law Journal's* 2023 Plaintiffs Firm of the Year and 2023 Trial Innovation Firm of the Year, in addition to its high-ranking *Chambers USA* and *Benchmark Litigation* ratings. The firm's individual practice areas have also received distinguished accolades, including being named *Law360's* Cybersecurity Practice Group of the Year for three years in a row and *The National Law Journal's* 2023 Environmental Protection Law Firm of the Year.

# PRACTICE AREAS

- Agriculture and Biotechnology
- Antitrust and Competition Litigation
- Civil and Human Rights Litigation
- Class Action Litigation
- Commercial Litigation
- Environmental Litigation
- Labor and Employment Litigation
- Mass Tort Litigation
- Personal Injury
- Privacy, Technology, and Cybersecurity
- Product Liability
- Public Client
- Securities and Financial Products Litigation
- Whistleblower Representation

# SECURITIES AND FINANCIAL PRODUCTS LITIGATION

DiCello Levitt's Securities and Financial Products Litigation Practice Group has worked on –and won – some of the highest-profile securities actions ever filed, including cases against Enron, AOL/Time Warner, BP, Pfizer, Petrobras, Valeant, Sprint, and Volkswagen, as well as the $1 billion securities class action against Merck & Co. Inc. over alleged misrepresentations about the safety of its drug Vioxx. Collaborating with a team of e-discovery specialists, investigators, and forensic accountants with federal and state law enforcement experience, the Securities and Financial Products Litigation Practice Group is quick to grasp complex structured finance issues, from mortgage-backed and asset-



backed collateralized debt obligations to credit-default swaps and credit-linked notes. When DiCello Levitt suspects financial misconduct, the firm secures serious recoveries for its clients.

DiCello Levitt was named one of the 2023 **Top Boutiques** by the *Daily Journal* in recognition of its leadership in "huge and international" securities litigation matters and legal excellence in the State of California.


**REPRESENTATIVE MATTERS AND NOTABLE SUCCESSES**


***Kempen International Funds, et al. v. Syneos Health Inc., et al.***
DiCello Levitt serves as Lead Counsel in a national securities class action against Syneos Health Inc. and its former executives. The lawsuit alleges that Syneos made misleading statements about the collapse of its new business and nearly $3 billion in uncollectable receivables and, as a result, defrauded purchasers of Syneos common stock.

***In re Enron Corporation Securities Litigation***
DiCello Levitt attorneys were among the more than 70 attorneys who led this historic action that obtained a $7.2 billion recovery – the largest securities class action recovery in history – for investors, primarily from Wall Street's largest banks and the company's auditor, Arthur Andersen.

***In re Valeant Pharmaceuticals International, Inc. Securities Litigation***
A DiCello Levitt attorney was an integral member of the Lead Counsel team that obtained a $1.21 billion settlement for defrauded Valeant investors, the largest securities class action settlement against a pharmaceutical manufacturer.

**AOL Time Warner Individual Actions**
A DiCello Levitt attorney represented an institutional investor group action in a landmark direct securities action to recover losses resulting from the disastrous merger of AOL and Time Warner.  The group action pursued on behalf of dozens of institutional investors, including state and local pension funds and multi-employer funds, was ultimately successful in recovering $629 million for investors.

***Merck & Co. Inc. Securities, Derivative & "ERISA" Litigation***
DiCello Levitt attorneys were integral members of the Co-Lead Counsel team that secured a unanimous decision from the U.S. Supreme Court in favor of shareholders with respect to the statute of limitations for securities fraud claims and that ultimately secured a settlement for more than $1 billion on behalf of the lead plaintiffs, including the Public Employees' Retirement System of Mississippi, and the class.

**DICELLO LEVITT**

**REPRESENTATIVE MATTERS AND NOTABLE SUCCESSES (CONTINUED)**

*In re Initial Public Offering Securities Litigation*
DiCello Levitt Founding Partner Adam Levitt served on the Plaintiffs' Executive Committee, recovering more than $500 million for shareholders.

**National Credit Union Administration Residential Mortgage-Backed Securities Actions**
A DiCello Levitt partner served as Lead Counsel in more than a dozen high-profile securities actions that National Credit Union Administration brought against international investment banks for alleged misrepresentations made to investors in connection with subprime-backed residential mortgage securities. Those actions were resolved through settlements totaling more than $4.5 billion.

**Department of Justice Residential Mortgage-Backed Securities Civil Actions**
A DiCello Levitt attorney, on behalf of the United States, led the investigation, litigation, and over $2 billion resolution of civil fraud claims in connection with the sale of residential mortgage-backed securities.

*Jones v. Pfizer Inc.*
DiCello Levitt attorneys were integral members of the team that prosecuted investors' claims resulting from losses due to an extensive off-label marketing scheme perpetrated by Pfizer. The team ultimately prevailed and recovered $400 million for the investors and the class.

*In re Dynegy Inc. Securities Litigation*
A DiCello Levitt attorney was one of the lead lawyers prosecuting Dynegy and its executives for a secret financing scheme for a series of natural gas trades that grossly overstated the power generator's cash flow for over a year. After the company withdrew a prior $250 million settlement offer, the DiCello Levitt partner then spent months preparing for the only major deposition in the case, of the chief financial officer, and within weeks following that deposition, the investors' claims were resolved for $475 million.

*Abu Dhabi Commercial Bank v. Morgan Stanley & Co. Inc.*
Following the devastating global financial crisis, DiCello Levitt attorneys developed and launched a groundbreaking investor group action seeking to hold bankers and the rating agencies liable for intentionally false ratings given to a structured finance product known as Cheyne SIV. The innovative and novel theories of the case against the rating agencies were successfully resolved in favor of an international group of over a dozen institutional investors.



***In re PNC Financial Securities Litigation***
A DiCello Levitt attorney served as Co-Lead Counsel in this litigation, which secured, in conjunction with related proceedings brought by the Department of Justice and the Securities and Exchange Commission, a settlement fund of more than $203 million for investors in PNC common stock.

***In re Cardinal Health Inc. Securities Litigation***
DiCello Levitt attorneys were integral members of the team that obtained a $600 million recovery for investors in Cardinal Health, one of the largest drug distributors in Ohio. The recovery remains one of the largest securities fraud class action recoveries in the Sixth Circuit.

***In re Martha Stewart Living, Omnimedia Securities Litigation***
A DiCello Levitt attorney served as Lead Counsel and secured more than $35 million for shareholders in this litigation, in which the central issue was whether insider trading allegations against Martha Stewart were material to the financial health of her named company.

***In re WorldCom Securities Litigation.***
In an innovative and creative institutional investor group action, DiCello Levitt attorneys organized and launched actions for dozens of public and private pension funds for their losses resulting from WorldCom bond offerings just before the scandalous and spectacular collapse of the company. Our attorneys were integral members of the team that ultimately recovered over $650 million for WorldCom bond investors—the largest opt-out (non-class) securities action recovery in history.

# DICELLO LEVITT'S LANDMARK CASES

### THE LARGEST CONSUMER DATA BREACH SETTLEMENT IN HISTORY

DiCello Levitt partner, Amy Keller, became the youngest woman ever appointed to lead a nationwide multidistrict litigation in the massive Equifax data breach, which exposed the sensitive personal information of nearly 150 million consumers. Included in the settlement were a cash fund of up to $505 million, a commitment from Equifax to invest $1 billion in security changes, and a guarantee that Equifax would cover credit monitoring for every single class member.

*In re Equifax, Inc. Customer Data Security Breach Litigation, MDL No. 2800 (N.D. Ga.)*

### GROUNDBREAKING SUCCESS IN DEFECTIVE DIESEL ENGINES

DiCello Levitt attorneys Adam Levitt, John Tangren, Amy Keller, and Adam Prom served as Co-Lead Counsel in the high-profile class action litigation against Navistar. The firm helped a class of truck consumers reach a $135 million settlement to resolve multidistrict litigation in Illinois federal court, alleging the company knowingly sold defective diesel engines. Per the settlement, class members were able to choose a "no questions asked" cash payment of up to $2,500 per truck; a $10,000 rebate off of the best negotiated purchase price of a new truck; or provable out-of-pocket damages of up to $15,000 per truck.

*In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation, No. 14-cv-10318 (N.D. Ill.)*

### THE MOST SIGNIFICANT ENVIRONMENTAL LITIGATION OF OUR TIME

DiCello Levitt's environmental litigation team has been retained by several states to investigate and litigate those states' claims regarding widespread pollution from a group of contaminants known as PFAS (per-and polyfluoroalkyl substances). This group of ubiquitous and harmful contaminants has been used in thousands of applications globally, including well-known consumer goods such as Teflon and Scotchgard, a multitude of industrial applications, and certain fire-fighting foams (AFFF). DiCello Levitt's litigation efforts seek to hold some of the largest chemical companies in the world accountable for their culpable conduct and to recover on behalf of its state clients the funds and resources necessary to address contamination caused by PFAS and AFFF contaminants and protect public health, natural resources, and the environment.

### $175 MILLION CONSUMER VICTORY AGAINST GENERAL MOTORS

After securing a $102.6 million jury verdict in one of the few automotive defect class actions ever tried to verdict, DiCello Levitt achieved a $175 million post-trial settlement for more than 28,000 vehicle owners across four states. The case exposed GM's concealment of a known engine defect and delivered meaningful compensation of more than $3,300 per vehicle—far exceeding their trial damages award on a per-vehicle basis. This verdict and ultimate settlement sets a powerful precedent for consumer justice and post-trial recoveries.

*Siqueiros v. General Motors LLC, No. 16-cv-07244-EMC (N.D. Cal.)*



**A HISTORIC VICTORY FOR THOUSANDS OF ABUSE SURVIVORS**
In one of the most consequential resolutions of institutional abuse in U.S. history, DiCello Levitt attorneys played a key role in achieving a $4 billion settlement for approximately 6,800 survivors of sexual abuse in Los Angeles County juvenile detention centers and foster care facilities. This groundbreaking agreement delivered long-overdue justice and financial redress while compelling meaningful reform within the county's juvenile system. Founding Partner Mark DiCello and Partner Doug Rochen, working in collaboration with a coalition of law firms, helped expose decades of systemic abuse, amplified the voices of thousands of vulnerable individuals, and drove sweeping changes in one of the nation's largest youth detention networks.
*Jane Doe 1, et al. v. County of Los Angeles, No. 21STCV20949 (Cal. Super. Ct., L.A. Cty.)*

**A HISTORIC HUMAN RIGHTS VERDICT AGAINST A GLOBAL BANK**
In a landmark verdict, a federal jury found BNP Paribas liable for financing genocide in Sudan, awarding $20.75 million to the three bellwether trial plaintiffs, paving the way for more than 23,000 class members to pursue billions of dollars in claims, on a classwide basis, against BNP Paribas. DiCello Levitt's trial team, led by Lead Trial Counsel Bobby DiCello, presented evidence showing how the bank's illegal transactions fueled Sudan's campaign of violence, resulting in the first-ever verdict holding a global financial institution accountable for enabling crimes against humanity.
*Kashef, et al. v. BNP Paribas, et al., No. 1:16-cv-03228 (S.D.N.Y.)*



# LEADING IN DIVERSITY

DiCello Levitt believes in embedding diversity, equity, and inclusion into the firm's culture. The firm empowers attorneys from diverse backgrounds to reach their full potential while promoting a sense of belonging. Authenticity in the workplace gives DiCello Levitt a real competitive advantage.

The Firm proudly includes a diverse group of women attorneys, minority associates and partners, and LGBTQIA+ attorneys and staff. Senior attorneys train and mentor younger talent from minority backgrounds in a conscious effort to build the next generation of diverse leaders.

DiCello Levitt's Diversity, Equity, & Inclusion (DEI) Committee is dedicated to creating a workplace that prioritizes the hiring, retention, and promotion of diverse talent. Driving societal change by fostering an inclusive workplace engenders leadership opportunities internally at the firm and externally in litigation management.

Diandra "Fu" Debrosse, managing partner of DiCello Levitt's Birmingham office, made legal history with her appointment as the first Black woman on the plaintiffs' side to co-lead two multidistrict litigations. Fu is also a co-founder and president of the advocacy group Shades of Mass, which promotes the appointment of Black and Brown attorneys to leadership roles in mass tort and class action lawsuits. DiCello Levitt proudly supports the group.

Greg Asciolla, managing partner of the firm's New York office, is a leader for the LGBTQIA+ community in the legal profession, serving as vice chair of the American Bar Association Antitrust Law Section's Diversity Advanced Committee. In addition to co-chairing the firm's DEI Committee, Greg was selected to *Crain's New York Business'* 2023 list of Notable LGBTQIA+ Leaders and appointed to *Law360'*s 2023 Diversity & Inclusion Editorial Advisory Board.

Other notable attorneys in the firm exemplify DiCello Levitt's commitment through their active involvement in various advocacy groups and committees. Partner David Straite serves on the LGBTQ Rights Committee of the New York City Bar Association. In 2023, David Straite, Amy Keller, Greg Asciolla, Eli Hare, and Grant Patterson represented five LGBTQ+ students as *pro bono amicus curiae* to the U.S. Court of Appeals for the Ninth Circuit in a case addressing whether private religious universities may discriminate against LGBTQ+ student organizations. Their dedication, both within and outside the firm, underscores DiCello Levitt's belief that authentic DEI efforts strengthen the professional community and propel us toward a future where diversity is not just celebrated but integral to the pursuit of justice.



# DiCello Levitt has won more than **$25 BILLION** for clients

## DL CARES

In 2021, DiCello Levitt launched DL Cares, a charitable foundation dedicated to providing increased access to justice in the United States and around the world. DL Cares partners with nonprofits focused on increasing the availability of legal services to underserved communities through meaningful financial contributions and educational efforts.

DL Cares' first partner is Justice Defenders, a nonprofit organization that provides legal education programs to prisoners in Kenya and Uganda to create greater access to justice in their communities. DL Cares pledged a substantial, multiyear commitment to facilitate and enhance Justice Defenders' vital efforts.

## AWARDS AND RECOGNITION



**CHAMBERS USA**

Band 1: Litigation: Mainly Plaintiffs, Illinois; Antitrust: Mainly Plaintiffs, New York (2021-2025); Litigation: Mainly Plaintiffs, Alabama (2025); Antitrust: Plaintiff, Product Liability: Plaintiffs, and Privacy & Data Security: Litigation, Nationwide (2025)

Ranked:  Litigation: Mainly Plaintiffs, Alabama (2021-2024); Antitrust: Plaintiffs, Nationwide; Product Liability: Plaintiffs, Nationwide (2022-2024)

Attorneys recognized: Adam Levitt, Greg Asciolla, Diandra "Fu" Debrosse, and Amy Keller

**DICELLO LEVITT**



***BENCHMARK LITIGATION***

Highly Recommended Firm: Top Plaintiffs (2021-2025)

Plaintiff Firm of the Year Finalist (2024-2025)

Ranked: Competition/Antitrust (2023)

Attorneys recognized: Mark DiCello, Adam Levitt, Greg Asciolla, Diandra "Fu" Debrosse, Greg Gutzler, Amy Keller, and Corban Rhodes



***LAW360***

Cybersecurity and Privacy Practice Group of the Year (2020-2022)

Class Action Practice Group of the Year (2020)

Competition/Antitrust MVP: Greg Asciolla (2023)

Cybersecurity & Data Privacy MVP: David Straite (2022)



***LAWDRAGON***

500 Leading Global Antitrust & Competition Lawyers: Greg Asciolla, Alex Barnett, and Geralyn Trujillo (2025)

500 Leading Lawyers in America: Adam Levitt, Diandra "Fu" Debrosse (2025)

500 Leading Plaintiff Consumer Lawyers: Mark DiCello, Adam Levitt, Ken Abbarno, Diandra "Fu" Debrosse, Bobby DiCello, and Amy Keller

500 Leading Plaintiff Financial Lawyers: Adam Levitt, Gregory Asciolla, Marisa N. DeMato, Bobby DiCello, Greg Gutzler, Steve Jodlowski, Amy Keller, Brian O'Mara, Roxana Pierce,  Caroline M. Robert, Henry Rosen, and David Straite.



***THE LEGAL 500***

Ranked: Product Liability, Mass Tort and Class Action – Plaintiff; Antitrust: Civil Litigation/Class Actions – Plaintiff (2022, 2024-2025); Securities Litigation: Plaintiff (2024 and 2025)

Attorneys recognized: Greg Asciolla, Amy Keller, Jonathan Crevier, Roxana Pierce

*"An extraordinary plaintiffs' firm ..."*

*"... top of the line in litigation strategy and representing clients zealously."*

— Chambers and Partners



**ALM |** *THE NATIONAL LAW JOURNAL*

Elite Trial Lawyers Plaintiffs Firm of the Year (2023)

Trial Strategy Innovation Firm of the Year (2023)

Practice areas of the year: Trial Strategy Innovation, Privacy/Data Breach, and Environmental Protection (2023)

Elite Women of the Plaintiffs Bar: Diandra "Fu" Debrosse (2023)

Elite Trial Lawyers: Justin Hawal and Amy Keller (2021)

Trailblazers: Mark DiCello (2020), Adam Levitt (2020), Ken Abbarno (2021), Diandra "Fu" Debrosse (2022), Greg Gutzler (2021), and David Straite (2022)

*THE NEW YORK LAW JOURNAL*

New York Legal Awards Innovation Winner (2023)

Distinguished Leader Award: Greg Asciolla (2023)

11





**ADAM J. LEVITT**
PARTNER

EMAIL
alevitt@dicellolevitt.com

EDUCATION
Northwestern University School of Law, J.D.
Columbia College, Columbia University, A.B., *magna cum laude*

Adam Levitt is one of the nation's leading advocates for plaintiffs in complex, multidistrict, class action, public client, mass tort, and commercial litigation. Drawing on his extensive experience pursuing and obtaining justice for those who have been wronged by powerful defendants, he co-founded DiCello Levitt to create a top-tier complex issues and trial firm founded on excellence, trust, and respect — where every team member's voice and talents are valued.

In his decades-long career, Adam has scored numerous significant and precedent-setting victories, delivering more than $20 billion in recoveries to clients in biotechnology, financial services, securities, insurance coverage, consumer protection, automotive defects, agricultural products, and antitrust disputes. His reputation for innovatively taking on tough cases has led to his appointment to leadership positions in many historic and headline-grabbing litigations, including three of the largest biotechnology class actions in U.S. history, where he served as co-lead counsel, helped recover more than $1.7 billion on behalf of plaintiffs, and created a game-changing economic model to measure crop contamination damages that set the modern industry standard. He was also retained by multiple State Attorneys General to hold some of the world's largest chemical companies accountable for widespread environmental contamination from their "forever chemicals" known as PFAS (per- and polyfluoroalkyl substances) and was retained by the City of Baltimore to address the catastrophic impact of the Francis Scott Key Bridge collapse, one of the largest maritime disasters in U.S. history. Additionally, as part of a leadership group characterized as a "class action dream team," Adam helped secure a $16 billion settlement in litigation arising from Volkswagen's emissions scandal, and, in a rare class action trial, he and his fellow co-lead counsel secured a milestone $102.6 million jury verdict against General Motors for hiding engine defects from consumers.

Adam is also a leader in the legal profession and a frequent speaker on multidistrict litigation, consumer protection, automotive litigation, biotechnology, corporate governance, securities litigation, and internet privacy. Nationally recognized as an authority on class action litigation, Adam writes a monthly class action column in *The National Law Journal*, has testified before the Illinois Supreme Court Rules Committee on class action practice, and chairs an annual class action litigation conference in Chicago.

As a founding partner of DiCello Levitt, Adam has cultivated a diverse roster of skilled litigators to advance the cause of justice for individuals, businesses, and public clients. The firm's attorneys are highly respected for their ability to litigate and win cases and have secured billions of dollars in recoveries for their clients through class action, business-to-business, whistleblower, personal injury, civil rights, and mass tort litigation. They have worked on some of the highest-profile securities actions ever filed, developed game-changing legal theories to secure landmark wins against tech giants that misused and exposed massive troves of personal data, and held some of the world's largest corporations accountable for endangering and harming American consumers. With a long history of working with public clients, Adam and his partners understand the wants and needs of government officials and their teams, and, as experts in trial practice and jury persuasion, they consistently achieve best-in-class results for their clients.

DICELLO LEVITT

Adam's own groundbreaking work on behalf of plaintiffs has been recognized locally and nationally in prestigious ranking directories, including *Chambers USA*, where he has received a Band 1 ranking for Mainly Plaintiffs Litigation in Illinois for three consecutive years. *Chambers USA* also ranked Adam in Illinois for General Commercial Litigation and nationwide for Product Liability Litigation, where the editors describe him as the "go-to plaintiffs' attorney in the class actions space." In 2021, 2022, and 2023, *Benchmark Litigation* named Adam a National Litigation Star and Securities and Litigation Star in Illinois. According to The National Law Journal, Adam is a "pioneer" in technology litigation. Crain's Chicago Business has named him a Notable Litigator and Trial Attorney and a Notable Gen X Leader in Accounting, Consulting, and Law, and *Lawdragon* has named him one of the 500 Leading Plaintiff Financial Lawyers and one of the 500 Leading Plaintiff Consumer Lawyers in the United States.

An elected member of the American Law Institute and the Economic Club of Chicago, Adam considers the formation of DiCello Levitt in 2017 to be a pivotal moment in his distinguished legal career. With a shared vision and commitment to helping people and businesses use the legal system to have their voices heard, he and his partners intend to maintain their industry-wide influence for years to come with a steadfast resolve for justice in all its dimensions.



**ROXANA PIERCE**
PARTNER

EMAIL
rpierce@dicellolevitt.com

EDUCATION
Thomas Jefferson School of Law, J.D.,
Pepperdine University, B.A.,
Sorbonne University, France, with Honors

DiCello Levitt Partner Roxana Pierce is the co-founder and co-chair of the firm's Securities Practice Group and an international attorney who brings a unique level of diversity and experience to her litigation practice, protecting investor rights and the rights of victims of consumer fraud, waste, and abuse.

Representing governmental and private pension funds, large institutional investors, attorneys general, international banks, asset managers, foreign governments, multi-national corporations, sovereign wealth funds and individuals, Roxana has served clients from more than 20 states and 82 countries, with extensive experience in the Middle East, Europe, and Asia. Zealous and passionate, Roxana advocates for her clients through litigation, arbitration, mediation, and in negotiations.

Roxana represents clients in consumer protection, securities, products liability, contracts, and other claims in private, group, and class actions. Prior to joining DiCello Levitt, Roxana became a seasoned attorney through her experience working on cases against the world's largest pharmaceutical and automobile manufacturers as well as litigation concerning the 2008 global financial crisis. In addition, Roxana's background includes contract negotiations for hundreds of projects, including several valued at more than $1 billion, with governmental and corporate leaders both foreign and domestic.



When recognizing DiCello Levitt as a Recommended Firm in the Securities Litigation: Plaintiff category, *The Legal 500* highlighted the Securities Practice Group for its "outstanding technical skills and the capacity to listen to clients and take their concerns on board." The publication also commended Roxana for her "outstanding skills in proactive communication." In addition, Roxana was named a Leading Plaintiff Financial Lawyer by *Lawdragon* in 2024.

Deeply committed to serving her community, Roxana serves as Director and Board member of The Invisible Hand Foundation, Inc., which provides funding to Washington, D.C. and Maryland-area residents facing hardships. For her work with that organization, Roxana was honored by the National Center for Children and Families with the Humanitarian Spirit Award for Advocacy.

Roxana studied French at the Sorbonne University in France before earning her bachelor's degree in international affairs and international relations from Pepperdine University. She is fluent in Farsi and proficient in French and Turkish. Roxana began her legal career as a Paralegal with focus on corporate law, receiving her certificate from the University of San Diego. She earned her Juris Doctor from Thomas Jefferson School of Law, where she focused on international law.



**BRIAN O'MARA**
PARTNER

EMAIL
briano@dicellolevitt.com

EDUCATION
DePaul University College of Law, J.D.
University of Kansas, B.G.S

Brian O'Mara is the managing partner of DiCello Levitt's San Diego office and a partner in the Las Vegas office. His practice focuses on investigating and prosecuting complex securities, antitrust, and consumer protection litigation in state and federal courts across the United States. Brian also leads the firm's new shareholder matters group, which evaluates new cases, advises institutional clients in connection with lead plaintiff motions, and assists them in securing appointment as lead plaintiff.

Over the past 20 years, Brian has served as lead or co-lead counsel in numerous shareholder, consumer protection, and antitrust actions involving companies in the financial services, technology, pharmaceutical, entertainment and gaming, and telecommunications industries, which have yielded billions of dollars in recoveries. He has helped institutional investors protect their fund investments by securing leadership positions in dozens of securities and antitrust actions and has been responsible for a number of significant trial and appellate court rulings in the securities and antitrust space.

**14**

**DICELLO LEVITT**

Prior to joining DiCello Levitt, Brian was a partner at a leading complex litigation law firm and served as chief underwriter officer for a global private equity and advisory firm specializing in litigation finance, judgment enforcement, asset recovery, and related strategies serving claimants, law firms and other professional service firms, and businesses across the globe. In this capacity, Brian was responsible for directing the firm's underwriting process for prospective investments and managing the firm's investment portfolio, which included litigation and arbitration disputes in jurisdictions around the world.

Brian has been twice recognized by the American Antitrust Institute's Antitrust Enforcement Awards for the category of Outstanding Antitrust Litigation Achievement in Private Law Practice for his work in the ISDAfix price-fixing litigation and the EpiPen class action alleging antitrust and RICO violations. He has also been named a Super Lawyer by *Super Lawyers Magazine* for the past six consecutive years and recognized as a Leading Plaintiff Financial Lawyer by *Lawdragon*.

Brian graduated from the University of Kansas with a degree in economics, and he received his law degree from DePaul University College of Law, where he was the recipient of a CALI Excellence for the Future Award in securities regulation.



**MARISA N. DEMATO**
PARTNER

EMAIL
mdemato@dicellolevitt.com

EDUCATION
University of Baltimore School of Law, J.D.
Florida Atlantic University, B.A.

Marisa N. DeMato is a nationally recognized securities litigator and the Head of the U.S. Securities Practice Group. With more than twenty years of experience in complex securities litigation, Marisa is a passionate advocate dedicated to protecting the investments of public and multiemployer labor pension funds. She has built her practice around safeguarding the retirement security of teachers, firefighters, police officers, municipal employees, and building trade workers across the United States and Canada. As the daughter of a retired detective and a nurse, Marisa's commitment to public safety and the well-being of public sector employees is both personal and professional.

Throughout her career, Marisa has played a central role in groundbreaking shareholder litigation, securing significant settlements and implementing critical corporate governance reforms. Notably, she represented the Seattle City Employees' Retirement System in achieving a landmark $90 million settlement and historic governance reforms at Twenty-First Century Fox, following systemic workplace harassment at Fox News. Her extensive litigation experience includes securing multimillion-dollar recoveries in high-profile cases involving LifeLock, Camping World, Rent-A-Center, and Castlight Health as well as substantial recoveries in actions such as In re Managed Care Litigation ($135 million), Cornwell v. Credit Suisse Group ($70 million), and Ross v. Career Education Corporation ($27.5 million).



At DiCello Levitt, Marisa serves as an integral member of the Securities and Financial Products Litigation Practice Group, playing a key role in case evaluation and development. She leverages her deep expertise in advising and representing institutional investors on opportunities to recover losses through shareholder litigation, guiding the firm's clients from initial case evaluation through settlement negotiations.

Beyond her litigation successes, Marisa is a tireless advocate for women's empowerment and leadership in the pension, investment, and legal communities. She has founded and led firm-wide initiatives that have earned national and international recognition for their positive impact on diversity, equity, and inclusion, including events shortlisted for awards by Chambers USA and Euromoney. Through her strategic programming and community-building efforts, Marisa continues to champion women's leadership and economic opportunities.

A respected voice in the fields of securities and financial products litigation, Marisa is an accomplished speaker who has presented at conferences across the United States and Europe on topics related to securities litigation, fiduciary responsibility, corporate governance, and diversity initiatives. Her insights and advocacy have led to invitations to testify before legislative bodies, including the Texas House of Representatives' Pensions Committee.

Marisa has received numerous accolades for her legal and advocacy work, including recognition by The National Law Journal as a Plaintiffs' Lawyers Trailblazer and by The American Lawyer as a Northeast Trailblazer. She has also been named among Lawdragon's 500 Leading Plaintiff Financial Lawyers in America.

Marisa actively participates in professional and community organizations, including the National Association of Public Pension Attorneys (NAPPA), the National Association of Securities Professionals (NASP), and the Investors in Education Committee supporting the Neighborhood Youth Association (NYA), which provides educational opportunities to inner-city youth in Los Angeles.
Driven by a deep sense of justice and fairness instilled from childhood, Marisa's approach to the law is defined by her commitment to ensuring that workers have a voice and a seat at the table when confronting powerful corporate interests, providing vigorous and compassionate representation to those she serves.





**STEPHANIE SCHRODER**
OF COUNSEL

EMAIL
sschroder@dicellolevitt.com

EDUCATION
University of Kentucky, College of Law, J.D.
University of Kentucky, B.A.

Stephanie Schroder is the Co-Head of the U.S. Securities Practice Group at DiCello Levitt. Based in the firm's San Diego office, Stephanie has more than twenty-four years of experience representing institutional investors, including public and multi-employer pension funds, in complex securities litigation and providing counsel on corporate fraud matters. She is deeply committed to advancing accountability and transparency in the United States and global financial markets.

Stephanie has represented institutional investors in securities fraud litigation that has resulted in billions of dollars in collective recoveries. Before joining DiCello Levitt, Stephanie was part of a team that obtained a $1.21 billion settlement in *In re Valeant Pharms. Int'l, Inc. Sec. Litig.,* a case that *Vanity Fair* reported as "the corporate scandal of its era" that had raised "fundamental questions about the functioning of our health-care system, the nature of modern markets, and the slippery slope of ethical rationalizations." This is the largest securities class action settlement against a pharmaceutical manufacturer and the ninth largest securities class action settlement ever. Additional prominent cases include: *In re AT&T Corp. Sec. Litig.* ($100 million recovery at trial); *In re FirstEnergy Corp. Sec. Litig.* ($89.5 million recovery); *Rasner v. Sturm* (FirstWorld Communications); and *In re Advanced Lighting Sec. Litig.* Stephanie also specializes in derivative litigation for breaches of fiduciary duties by corporate officers and directors. Significant litigation includes *In re OM Grp. S'holder Litig.* and *In re Chiquita S'holder Litig.* Stephanie previously represented clients that suffered losses from the historic Madoff fraud in the Austin Capital and Meridian Capital litigations, which were also successfully resolved. In addition, Stephanie is a frequent lecturer on securities fraud, shareholder litigation, and options for institutional investors seeking to recover losses caused by securities and accounting fraud.

Stephanie is a member of the Bar in California and Kentucky. She earned her Bachelor of Arts degree from the University of Kentucky and her Juris Doctor degree from the University of Kentucky, College of Law. In 2006, she helped campaign for her father, the late Justice Wil Schroder, who was elected to the Kentucky Supreme Court and served from 2007, until his retirement in January 2013.





**HENRY ROSEN**
PARTNER

EMAIL
hrosen@dicellolevitt.com

EDUCATION
University of Denver, J.D.
University of California, San Diego, B.A.

Henry Rosen is a results-driven litigator with over three decades of experience recovering money on behalf of institutional and individual investors. A leading attorney in securities fraud class actions, he has obtained more than $1 billion for investors.

Henry has significant experience running all aspects of large, complex litigation. From ensuring his institutional and individual investor clients are prepared for depositions and court, to overseeing massive document reviews, to handling hundreds of depositions, to preparing pleadings and for oral argument before the court, Henry is a hands-on and meticulous attorney.

Some of Henry's notable representations in large complex securities fraud class actions include:

- *In re Cardinal Health, Inc. Sec. Litig*.: This $600 million settlement is the largest recovery ever in a securities fraud class action in the Sixth Circuit U.S. Court of Appeals.

- *Jones v. Pfizer Inc*.: A $400 million settlement was reached on the eve of trial for investors and the class after prosecuting investors' claims resulting from losses due to an extensive off-label marketing scheme perpetrated by the pharmaceutical manufacturer.

- *In re FirstEnergy*: His litigation team recovered $89.5 million for investors in a securities fraud class action after this Ohio utility company artificially inflated its stock price through false statements and omissions.

Henry is the lead litigator responsible for the ongoing 2016 Brazilian arbitration against Petrobras before the Bovespa panel in São Paulo, Brazil; a case brought by 24 institutional investors including the largest sovereign wealth funds globally and public pension funds across the United States.

He is a founding member of DiCello Levitt's Securities and Financial Services Litigation practice in San Diego. Henry earned his Juris Doctor from the University of Denver Sturm College of Law and his bachelor's degree from the University of California, San Diego after studying for a time at the American College in Paris, France.

 **DICELLO LEVITT**



**STEVE JODLOWSKI**
PARTNER

EMAIL
stevej@dicellolevitt.com

EDUCATION
California Western School of Law, J.D., *cum laude*
University of Central Oklahoma, B.M.

For nearly 20 years, Steve Jodlowski has been actively involved in a variety of cases involving securities fraud, antitrust, competition, corporate takeover, consumer fraud, and commercial litigation. Representing investors, shareholders, and policyholders, he has recovered nearly $2 billion for clients around the world.

Steve has represented institutional and individual shareholders in corporate takeover actions and breach of fiduciary litigation in state and federal court. He has handled pre- and post-merger litigation stemming from the acquisition of publicly listed companies in the biotechnology, oil and gas, information technology, specialty retail, electrical, banking, finance and real estate industries, among others.

In recent years, he has specialized in representing investors in a series of antitrust actions involving the manipulation of benchmark rates, including the ISDAfix Benchmark litigation, which resulted in the recovery of $504.5 million on behalf of investors, and the *SSA Bonds Antitrust Litigation*, which resulted in the recovery of $95.5 million on behalf of investors. He served as co-lead class counsel in *Thompson v. 1-800 Contacts, Inc.*, where he helped recover $40 million in settlements from various contact lens retailers. Steve also served on the trial team in an antitrust monopolization case against a multinational computer and software company and represented more than 100 newspaper publishers in the *Google Digital Advertising Antitrust Litigation*.

Steve was named a "Rising Star" by *Super Lawyers* for five straight years. He was also named a finalist for Consumer Attorneys of California's Attorney of the Year Award for his work in *Negrete v. Allianz Life Insurance Co. of North America* and more recently was recognized by the American Antitrust Institute's Antitrust Enforcement Awards for the category of Outstanding Antitrust Litigation Achievement in Private Law Practice. Based in part on his work in the ISDAfix and SSA Bonds litigation, his antitrust group was named by *Law360* as Competition Practice Group of the Year for 2019 and recognized by *The National Law Journal* as a finalist in its list of 2020 Elite Trial Lawyers in the antitrust category.





**DAVID A. STRAITE, CIPP/US**
PARTNER

EMAIL
dstraite@dicellolevitt.com

EDUCATION
Villanova University School of Law, J.D., *magna cum laude*,
Managing Editor, Law Review and Order of the Coif, Tulane University,
Murphy Institute of Political Economy, B.A.

David is the nation's leading voice for the recognition of property rights in personal data, a 10-year effort culminating in the Ninth Circuit's landmark April 2020 decision in *In re: Facebook Internet Tracking Litigation* and the Northern District of California's March 2021 decision in *Calhoun v. Google*, both of which he argued. David also successfully argued for the extraterritorial application of the Computer Fraud and Abuse Act in 2019 in *In re: Apple Device Performance Litigation*, and filed the first-ever data privacy class action under seal to address a dangerous website vulnerability under court supervision in *Rodriguez v. Universal Prop. & Cas. Ins. Co.*  As *M.I.T. Technology Review* magazine put it, David is "something of a pioneer" in the field. In September 2022, *Law360* named him a Cybersecurity/Privacy "MVP."  He also protects investors in securities, corporate governance, and hedge fund litigation in federal court and in the Delaware Court of Chancery, admitted to practice in both New York and Delaware.

David is a former adjunct professor at Yeshiva University's Sy Syms School of Business, teaching Business Law and Ethics every fall semester from 2015-2021. He has co-authored *Dobbs Ruling Means It's Time to Rethink Data Collection* in Law360 (2022), *Google and the Digital Privacy Perfect Storm in E-Commerce Law Reports* (UK) (2013), authored *Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims*, in The International Lawyer's annual "International Legal Developments in Review" (2009), and was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, *Merger Control Worldwide* (2005). He speaks frequently on topics related to both privacy and investor protection.

David co-chairs the firm's Diversity, Equity and Inclusion Committee, which seeks to promote diversity within the firm and the legal profession generally.  In 2022, David was also appointed to the LGBTQ Rights Committee of the New York City Bar Association, whose mission is to address "legal and policy issues in legal institutions and in the court system that affect lesbian, gay, bisexual, transgender and queer individuals."

Prior to joining the firm, David was a partner with Kaplan Fox & Kilsheimer LLP, and helped launch the U.S. offices of London-based Stewarts Law LLP before that, where he was the global head of investor protection litigation. Prior to joining the plaintiffs' bar, David was an associate with the New York office of Skadden Arps Slate Meagher & Flom LLP.

# DICELLO LEVITT



**GREG G. GUTZLER**
PARTNER

EMAIL
ggutzler@dicellolevitt.com

EDUCATION
University of Michigan, J.D.
University of California – Berkeley, B.A.

Greg Gutzler is an experienced trial lawyer with a track record of billions in recoveries in high-stakes cases. Before joining DiCello Levitt, Greg litigated extensively on both the plaintiff and defense side, including working at his own boutique firm, one of the nation's most prestigious plaintiffs' firms, and as a partner of an Am Law 100 defense firm. He is a trusted advocate chosen by clients when they need candid, creative, and aggressive approaches to business solutions and decisive litigation strategy. Greg believes that the law is more than a means to pursue justice – it is the foundation of a society in which people are free to create, thrive, and feel protected. Beliefs become action through creativity, technical excellence, knowledge, and discipline.

Greg is a go-to advocate for any type of complex commercial litigation, business disputes, whistleblower cases, and sexual abuse cases. Clients seek out Greg for his expertise in contract, ownership, and valuation disputes. Whistleblowers also rely on Greg's experience and creativity in prosecuting SEC, False Claims Act, FIRREA, IRS, and FCPA matters. Greg's practice areas focus on ensuring that innovation thrives and creates competitive marketplaces. One of his clients, a major biotechnology company, spent billions of dollars to create a groundbreaking technology. When a competitor improperly exploited his client's intellectual property, Greg led his client's suit against the competitor, tried the case in federal court, and won a jury verdict of $1 billion in damages. This was the fourth-largest patent infringement jury verdict in U.S. history – and hammered home the point that competition, no matter how intense, must always remain fair and honorable.

Greg has litigated more than a dozen high-profile securities actions against international investment banks for misrepresentations they made to investors in connection with residential mortgage-backed securities, recovering more than $4.5 billion. When important investments and resources are at stake, hedge funds, private equity funds, venture capitalists, individuals, companies, and governmental entities turn to Greg because he is a fearless advocate in complex lawsuits in federal and state court and arbitration.

Greg is also on the front lines in protecting women and men from sexual abuse, discrimination, and exploitation. He is lead counsel in a civil suit involving the world's largest-ever sex trafficking case, which spans six countries and fifty years of abuse. On December 10, 2021, Dateline NBC featured Greg in its revered news magazine program in an episode titled, "The Secrets of Nygard Cay."

Greg's grasp of the nuances of common law – the influence of jurisdictions, who is on the bench, and more – converge in a simple insight: The system never dispenses justice based on predictable formulas, so legal professionals must fight to achieve justice. He views DiCello Levitt as the right firm to advance that fight for its clients, drawing on a shared vision of commitment, creativity, and loyalty.



**DICELLO LEVITT**



**CHUCK DENDER**
PARTNER

EMAIL
cdender@dicellolevitt.com

EDUCATION
Cornell Law School, J.D., NYU Stern School of Business, MBA,
Temple University, B.A.

Chuck Dender is an experienced litigator who has practiced at two of the country's largest law firms. With a demonstrable record of excellence and a track record of success for his clients, the foundation of Chuck's broad litigation experience was formed while defending some of the most significant commercial litigation matters in the United States over the last two-plus decades. While Chuck began his litigation career on the defense side of the table, he is a plaintiffs' attorney at heart. He now represents plaintiffs exclusively. With a background that includes membership in the International Brotherhood of Teamsters, Chuck has personally experienced what it's like to be a plaintiff in need of outstanding legal representation.

Chuck's legal expertise is enhanced by his MBA, with a specialization in finance and quantitative finance from the New York University Stern School of Business. This additional accreditation and education gives Chuck a unique advantage when it comes to identifying issues related to financial crimes and damages issues, including working with economists and other expert witnesses. As proof of this point, Chuck played a key role in presenting the damages model of one of the largest financial institutions in the world after the collapse of Lehman Brothers Holding, Inc.

Chuck represents aggrieved investors (both individuals and entities) in all aspects of complex litigation against players in the financial services industry, as well as other public and private companies. He also represents whistleblowers who cooperate with government agencies in their efforts to shine the light on corporate malfeasance.

In whistleblower matters, Chuck has a keen understanding of both the types of information that government agencies are looking for and the best methods for presenting that information to the agencies so they can act and wield justice from corporate wrongdoers. Chuck has authored compelling whistleblower submissions on behalf of both corporate insiders and interested outsiders. He has the good fortune of learning this complicated dance under the tutelage of the principal architect of the Securities and Exchange Commission's (SEC) Whistleblower Program. Chuck has also presented whistleblowers and supporting witnesses in front of the highest-ranking members of the SEC's Whistleblower Program during multiple-day interviews.

Chuck is experienced in a wide range of legal disciplines, with a specific focus representing clients in litigation involving the financial services industry or any matter where the calculation and presentation of damages is anything but a run-of-the-mill issue.

22





**CORBAN S. RHODES**
PARTNER

EMAIL
crhodes@dicellolevitt.com

EDUCATION
Fordham University School of Law, J.D., *cum laude*
Boston College, B.A., History,  *magna cum laude*

Corban Rhodes is a seasoned litigator who has recovered more than a billion dollars for consumers and investors in some of the country's largest and most historic cybersecurity, data privacy, and securities fraud cases. Working at the intersection of law and technology, Corban focuses on cases that involve the intentional misuse or misappropriation of consumer data and data breaches.

As co-lead plaintiffs' counsel in the *Facebook Biometric Information Privacy Litigation* matter, Corban helped secure a landmark $650 million settlement, in one of the first cases asserting consumers' biometric privacy rights under Illinois law. He has litigated cases of negligence or malfeasance leading to data breaches, including securing a settlement with Yahoo for one of the largest known data breach in history that affected nearly 3 billion consumers. Continuing his groundbreaking work at this critical moment for privacy rights and the law, he currently represents consumers in pivotal web browser privacy cases, including the *Calhoun v. Google* and *Google RTB Consumer Privacy Litigation* matters.

Corban also prosecutes complex securities fraud cases on behalf of institutional investors, representing both large public pension funds and individual investors. He successfully resolved dozens of cases against some of the largest Wall Street banks in the wake of the mortgage-backed securities financial crisis.  His work in securities fraud cases has held companies accountable to investors for fraud and market manipulation in the banking, pharmaceutical, and manufacturing sectors in some of the largest securities class actions of the last decade.

Corban has been recognized by *Law360* as a Rising Star and one of five attorneys on its Top Attorneys Under 40 for Consumer Protection.  He was also named by *Benchmark Litigation* as a Future Star and on its New York 40 Under 40 list and by *Super Lawyers* as a New York Rising Star, and he received a Thurgood Marshall Award for his *pro bono* representation of a death row inmate appealing from capital punishment. He is an active member of the Sedona Conference Working Group 11 on Data Security and Privacy Liability, and sits on the *Law360* Cybersecurity & Privacy Editorial Board.  He is a regular speaker and writer on issues related to protecting the rights of the individual against corporate malfeasance.



**DICELLO LEVITT**



**KATHLEEN HERKENHOFF**
SENIOR COUNSEL

EMAIL
kherkenhoff@dicellolevitt.com

EDUCATION
Pepperdine University School of Law, J.D.
University of California, Berkeley, B.A.

Kathleen Herkenhoff is a veteran complex litigation attorney with more than 30 years of experience representing government entities, institutional investors, pension funds, and individuals in securities, consumer, antitrust, and shareholder derivative litigation, as well as representing both individuals and classes in employment and data privacy matters. She has appeared in courts nationwide, at both the state and federal level, and has frequently litigated before the Judicial Panel on Multidistrict Litigation and the Ninth Circuit Court of Appeals. As senior counsel in DiCello Levitt's San Diego office, she brings a proven record of success of more than $1.5 billion recovered for clients and advancing corporate governance reforms.

Kathleen has secured leadership appointments in a number of high-stakes securities and consumer class actions, achieving appellate victories and delivering meaningful results for investors and consumers harmed by corporate misconduct. Known for her meticulous preparation, strategic insight, and keen ability to frame complex cases, she ensures that cases advance efficiently from complaint through discovery, briefing, and resolution.

Among her recent achievements, Kathleen co-chaired the Law and Briefing Committee in *In re Apple Device Performance Litigation*, successfully defending the $310 million settlement on appeal, and represented the CalSTRS public pension fund in *In re Facebook Derivative Litigation*, in which she successfully defeated defendants' attempt to obtain dismissal of the case on demand futility grounds. She also played a central role in securing her former firm's leadership position in *In re FTX Cryptocurrency Litigation* with a focus on the claims against the auditors that historically provided services to the various FTX entities.

At the outset of her legal career, Kathleen served as a staff attorney at the U.S. Securities and Exchange Commission, where she prosecuted securities fraud and insider trading cases, securing a $22 million judgment in a complex offering fraud. She then joined a large class action litigation firm, where she served as a partner and helped to obtain recoveries exceeding $1 billion in litigation involving HealthSouth ($671 million), AOL Time Warner ($618 million), Mattel ($122 million), Honeywell International ($100 million) and many other corporate entities, including large value recoveries and enhanced corporate governance improvements in shareholder derivative actions.

In 2010, Kathleen spearheaded the launch of a boutique firm's California office, managing its securities class and shareholder derivative actions through early 2017. In that role, she secured leadership positions and obtained multimillion-dollar settlements in cases such as *In re Diamond Foods Inc. Shareholder Derivative Litigation* and drafted innovative Foreign Corrupt Practices Act-related reforms in *In re SciClone Pharmaceuticals Inc. Shareholder Derivative Litigation*, which a judge described as "the most detailed and extensive corporate governance changes" she had seen in a derivative settlement.

24



Kathleen's background also includes serving as a partner at a law firm focused on employment litigation—including individual, class, and PAGA actions—while continuing her securities and consumer work. Prior to joining DiCello Levitt, Kathleen worked on behalf of a local government, allowing for additional insight into the effective defense of public entities. Her passion, however, has always been in practicing in the field of securities class and shareholder derivative actions. One of her fondest memories in litigation to date was successfully arguing before the Ninth Circuit Court of Appeals to defeat a writ by a competing movant to the appointment of her former firm's client as Lead Plaintiff in a securities class action.



**ANNE BOX**
SENIOR COUNSEL

EMAIL
abox@dicellolevitt.com

EDUCATION
University of Tulsa, College of Law, J.D.
University of Tulsa, B.S.

Anne Box is a strategic and results-driven trial lawyer with a deep background in securities, antitrust, and other complex litigation. She serves as senior counsel in DiCello Levitt's Securities and Financial Products Practice Group in San Diego, where she represents institutional investors and banks in cases against major financial institutions and corporations that engage in fraud and deceptive practices.

Before joining DiCello Levitt, Anne built an extensive litigation career spanning civil and criminal cases. As a partner at a prominent complex securities litigation firm, she represented institutional investors in high-stakes securities fraud class actions, supervising litigation teams from complaint through trial preparation and settlement negotiations. She played a key role in securing significant recoveries, including a $7.2 billion settlement in the landmark *In re Enron Corporation Securities Litigation* and a groundbreaking case against major credit rating agencies for their role in the subprime mortgage crisis. Later, as counsel at another distinguished firm, Anne continued advocating for investors and businesses harmed by financial misconduct, litigating cases involving mortgage-backed securities fraud, breaches of fiduciary duty, and antitrust violations in the pharmaceutical sector.

Anne founded and operated her own law firm, where she advised corporate executives on compensation and employment matters and consulted on complex litigation. Her diverse experience also includes serving as a chief felony prosecutor in Texas, where she tried over 100 jury trials to verdict, and litigating energy disputes on behalf of major oil companies early in her career. She also served as an articles editor for the *Energy Law Journal* while in law school.

Outside of her legal practice, Anne is committed to community service. She is the president of the Friends of the Mission Hills-Hillcrest/Knox Library, supervising 60-plus volunteers and providing support to the San Diego Public Library branch by organizing programs, operating a bookstore, and hosting fundraising events. She also volunteers with KSDS Jazz 88.3 FM, supporting the station's fundraising efforts and community outreach programs.





**JARETT SENA**
SENIOR COUNSEL

EMAIL
jsena@dicellolevitt.com

EDUCATION
Fordham University School of Law, J.D., *cum laude*
University of Wisconsin-Madison, B.A., Phi Beta Kappa

Jarett Sena is Senior Counsel in DiCello Levitt's New York office whose practice focuses on counseling institutional investor clients around the world and litigating securities-related matters and complex commercial disputes on their behalf. He has litigated all aspects of securities opt-out and business valuation matters in courts around the country. Specifically, Jarett has successfully prosecuted securities opt-out litigation, class actions, appraisal proceedings, breach of fiduciary duty cases, and other complex commercial disputes on behalf of investors.

Prior to joining DiCello Levitt, Jarett was the Director of Litigation Analysis at ISS Securities Class Action Services, where he provided unbiased guidance and analysis to pension fund, asset manager, sovereign wealth, private wealth, and hedge fund clients on securities-related matters in the United States and abroad. In his role, Jarett also developed an opt-out monitoring service to help clients make informed decisions about whether to pursue direct action. Prior to ISS, Jarett worked for several prominent, New York-based plaintiffs' firms, where he represented institutional investors in securities fraud matters, business valuation disputes, fiduciary duty claims, and other complex commercial disputes and class actions from inception through trial.

An experienced litigator, Jarett has been an integral trial team member in high-profile bench trials in the Delaware Court of Chancery. He was also a leading member of a team named Kids in Need of Defense's 2021 Newark Pro Bono Team of the Year for its work achieving asylum for a father forcibly separated from his son.

**26**



**DICELLO LEVITT**



**CAROLINE M. ROBERT**
SENIOR COUNSEL

EMAIL
cmrobert@dicellolevitt.com

EDUCATION
University of San Diego School of Law, J.D.
University of San Diego, B.A., *magna cum laude*

Caroline Robert is Of Counsel in DiCello Levitt's Securities and Financial Services Litigation practice based in San Diego. Her practice is focused on representing institutional investors in complex securities litigation matters. With a history of high-stakes victories against Wall Street banks and large corporations, she has an impressive track record of success for clients impacted by financial misdeeds or securities regulations violations.

In the wake of 2008's worldwide financial crisis, Caroline played an integral role in litigation that secured settlements on behalf of institutional investors against Wall Street banks for their part in structuring residential mortgage-backed securities (RMBS) that subsequently collapsed. These matters included the high-profile action brought by China Development Industrial Bank (CDIB) against Morgan Stanley to recover losses CDIB suffered as a result of its investment in the STACK 2006-1 collateralized debt obligation tied to RMBS. Caroline's experience also includes representation of international institutional investors impacted by Volkswagen and Daimler's defeat device emissions scandal in representative actions in Germany under the Capital Market Investors' Model Proceeding Act (KapMuG). Prior to joining DiCello Levitt, Caroline represented clients in complex securities litigation matters and also gained experience in real estate litigation and transactions for financial institutions and other related clients.

Committed to *pro bono* work, Caroline has provided legal counsel through the Immigration Legal Clinic at the University of San Diego School of Law and received honor's recognition for her service. She has also provided *pro bono* service through the San Diego Legal Aid Society, which garnered her the State Bar of California's prestigious Wiley W. Manuel Award.

Born and raised in France, Caroline is multilingual; fluent in French, English, and Spanish. She holds a bachelor's degree from the University of San Diego, where she double-majored in international relations and Spanish language and literature. Caroline earned her Juris Doctor at the University of San Diego School of Law and is admitted to practice law in California, New York, and the District of Columbia.

 **DICELLO LEVITT**



**TRICIA MCCORMICK**
OF COUNSEL

EMAIL
tmccormick@dicellolevitt.com

EDUCATION
University of San Diego School of Law, J.D., *cum laude*
University of Michigan, B.A.

Tricia McCormick represents institutional investors and individuals in securities class action cases. As a member of a team that maintains contact with clients who wish to become actively involved in securities fraud litigation, Tricia is active in all phases of the firm's lead plaintiff motion practice.

Tricia has litigated numerous cases against public companies in state and federal courts that have recovered hundreds of millions of dollars for investors. She has been instrumental in securing appointment of clients as lead plaintiff in dozens of cases across the United States that have resulted in significant recoveries for the classes.

Before joining DiCello Levitt, Tricia worked for 25 years at a prominent complex litigation firm where she focused on securities litigation, litigated derivative actions, and helped establish the firm's lead plaintiff group.



**RYDER THOMAS**
OF COUNSEL

EMAIL
rthomas@dicellolevitt.com

EDUCATION
University of the Pacific, McGeorge School of Law, J.D.,
Cornell University, M.B.A.University of Georgia, B.A.

Ryder Thomas counsels hedge funds, pension funds, sovereign wealth funds, family offices, and large multi-class asset managers on matters related to corporate fraud, investor rights, and securities-related litigation in the U.S. securities markets and abroad.

Ryder began his career as a lawyer in the San Diego and San Francisco offices of a national law firm, where he focused on securities, mergers and acquisitions (M&A), antitrust, and consumer class action litigation. He subsequently joined a highly esteemed San Francisco complex litigation boutique, where he litigated complex financial cases on behalf of private and public companies, bankruptcy trustees, and creditors' committees as both plaintiffs' and defense counsel.

In addition to his deep legal experience, Ryder has a diverse financial background. As an investment banker in the San Francisco office of GCA Savvian (since acquired by Houlihan Lokey), he specialized in M&A and private capital transactions on behalf of high-growth technology companies. Later, as a founding member of the hedge fund coverage group at Houlihan Lokey, he worked with multi-strategy hedge funds on idea generation as well as M&A, public and private financings, complex valuations, and financial restructuring engagements across industry verticals.

**DICELLO LEVITT**



**KELSEY ANDERSON**

ASSOCIATE

EMAIL
kanderson@dicellolevitt.com

EDUCATION
University of California College of the Law, San Francisco, J.D.,
Université Paris-Panthéon-Assas, LL.M.,
Columbia University, School of International and Public Affairs,
Master of International Affairs, University of Southern California, B.A.

Kelsey Anderson is an associate in DiCello Levitt's San Diego office. As part of the Securities and Financial Products Litigation Practice Group, she uses her experiences to understand the needs of domestic and international clients, helping them protect their investments and maximize their recoveries in fraud-related disputes. Representing individual shareholders and business entities in private, group, and class actions, Kelsey is dedicated to recouping her clients' wrongfully lost assets.

Prior to joining DiCello Levitt as an associate, Kelsey worked as a law clerk for the firm, compiling legal research and managing the evidence database for international securities litigation. While at the University of California College of Law, San Francisco, Kelsey participated in the Haiti Justice Partnership, where she interviewed asylum seekers at the U.S.-Mexico border and contributed to a report submitted to the Inter-American Commission on Human Rights. She worked in-house through the Corporate Counsel Externship Program at Recology, a recycling and sustainable waste management company, and served as senior articles editor for the UC Law Journal. Kelsey's legal career has included a judicial externship for the Honorable Justice Joshua P. Groban at the Supreme Court of California and a legal clerkship focusing on land use and housing legislation.

Kelsey completed her law degree at the University of California College of the Law, San Francisco, and a Master of Law at Université Paris-Panthéon-Assas. Prior to law school, she earned a Master of International Affairs from Columbia University, School of International and Public Affairs, and a Bachelor of Arts in communication from the University of Southern California. She has worked in the human rights nonprofit sector, in digital media, and in foreign language education. Kelsey has lived in the United States, Japan, the United Kingdom, France, and Colombia.



**DICELLO LEVITT**



**RUBEN PEÑA**

ASSOCIATE

EMAIL
rpena@dicellolevitt.com

EDUCATION
Santa Clara University School of Law, J.D.
Virginia Wesleyan University, B.A.

Ruben Peña is an associate in DiCello Levitt's San Diego office. His practice focuses on complex securities fraud class actions in state and federal courts across the United States.

Ruben graduated from the Santa Clara University School of Law. During law school, he worked as a law clerk for the U.S. Attorney's Office for the Northern District of California, and served on the Board of Editors for the *Santa Clara Law Review*. Prior to joining DiCello Levitt, he worked as an associate in the class action practice group of a national firm.

Ruben received a Bachelor of Arts from Virginia Wesleyan University, where he studied criminal justice and psychology. At Virginia Wesleyan, Ruben was a member of the men's lacrosse team.

**BIRMINGHAM**
T: 205.855.5700

**NEW YORK**
T: 646.933.1000

**CHICAGO**
T: 312.214.7900

**SAN DIEGO**
T: 619.923.3939

**CLEVELAND**
T: 440.953.8888

**SANTA FE**
T: 505.810.0770

**LAS VEGAS**
T: 702.723.9777

**WASHINGTON, DC**
T: 202.975.2288

DiCelloLevitt.com

