**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JANA K. DIAMOND, on behalf of herself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, WEISER, JED MCCALEB, THOMAS ZURBUCHEN, AND CHRISTOPHER EMERSON, <br><br> *Defendants*. | Case No.: 1:25-cv-1812-DAE <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE MOTION FOR APPOINTMENT OF DUSTIN MOON AND ABDULLAH SAAD M. ALARIFI AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered Dustin Moon and Abdullah Saad M. Alarifi's (together, "Movants") Notice of Motion and Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Lead Counsel; the Memorandum of Law, the Declaration of Francisco Guerra IV in support thereof, and all other pleadings and arguments submitted to this Court, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is **GRANTED**;

2.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B) and 78u-4(a)(3)(B), Movants are **APPOINTED** as Co-Lead Plaintiffs; and

3.      Pursuant to 15 U.S.C. §§ 77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v), DiCello Levitt LLP is **APPROVED** as Lead Counsel for the Class.

\*      \*      \*

O R D E R

IT IS SO ORDERED.

DATED:  _____      _____
                                                                THE HONORABLE DAVID ALAN EZRA
                                                                UNITED STATES DISTRICT JUDGE

2