UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK WEISER, JEDMCCALEB, THOMAS ZURBUCHEN, and CHRISTOPHER EMERSON,<br><br>Defendants. | Case No. 1:25-cv-01812-DAE |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION
OF XUHAO ZHOU FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Xuhao Zhou ("Zhou"), and have personal knowledge of the facts set forth herein.   I make this Declaration in support of Zhou's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel and The Briscoe Law Firm, PLLC ("BLF") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Zhou's financial interest in this litigation; |
| Exhibit B: | Press release published via *ACCESS Newswire* on November 11, 2025, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Zhou; |
| Exhibit D: | Declaration executed by Zhou; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of BLF. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 12, 2026.

*/s/ J. Alexander Hood II*
J. ALEXANDER HOOD II

1

**CERTIFICATE OF SERVICE**

This is to certify that on January 12, 2026, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ J. Alexander Hood II
J. ALEXANDER HOOD II

2