# EXHIBIT A

**Firefly Aerospace Inc. (FLY)**
**Class Period: August 7, 2025 to September 29, 2025**
**IPO Date: August 7, 2025**
**IPO Price: $45.00 share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | 90-Days* Mean Price |
|---|---|
| 10b | $23.2516 |
| 11 | $19.1300 |

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Purchase | Net Funds Expended | Post-Class Shares Retained | Estimated Value | 10b Estimated Gain(Loss) | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | | | | | | | |
| **Xuhao Zhou** | **8/7/2025** | **750** | **$70.0000** | **($52,500)** | | | | | **750** | **($52,500)** | **750** | **$17,439** | **($35,061)** | **($19,403)** |
| | | | | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | | | | |
| Xuhao Zhou | 8/7/2025 | 600 | $70.0000 | ($42,000) | 8/8/2025 | (6) | $54.5000 | $327 | | | | | | |
| Xuhao Zhou | | | | | 8/8/2025 | (5) | $50.2765 | $251 | | | | | | |
| **Xuhao Zhou** | | **600** | | **($42,000)** | | **(11)** | | **$578** | **589** | **($41,422)** | **589** | **$13,695** | **($27,726)** | **($15,154)** |
| | | | | | | | | | | | | | | |
| **Xuhao Zhou** | | **1,350** | | **($94,500)** | | **(11)** | | **$578** | **1,339** | **($93,922)** | **1,339** | **$31,134** | **($62,788)** | **($34,557)** |

*Avg Closing Prices from September 30, 2025 to December 26, 2025