# EXHIBIT B

1/9/26, 6:06 PM
Pomerantz Law Firm Announces The Filing of a Class Action Against Firefly Aerospace Inc. and Certain Officers - FLY

Case 1:25-cv-01812-DAE    Document 22-3    Filed 01/12/26    Page 2 of 5

Back to the Newsroom

   



# Pomerantz Law Firm Announces The Filing of a Class Action Against Firefly Aerospace Inc. And Certain Officers - FLY

Tuesday, 11 November 2025 08:45 PM

Topic: **Class Action**

**NEW YORK CITY, NY /** [**ACCESS Newswire**](#) **/ November 11, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against Firefly Aerospace Inc. ("Firefly" or the "Company") (NASDAQ:FLY) and certain officers.  The class action, filed in the United States District Court for the Western District of Texas, and docketed under 25-cv-01812, is on behalf of a class consisting of all persons and entities other than ~~~endants that purchased or otherwise acquired: (a) Firefly common stock pursuant ~~/or traceable to the Offering Documents (defined below) issued in connection with the Company's initial public offering conducted on or about August 7, 2025 (the "IPO" or

"Offering"); and/or (b) Firefly securities between August 7, 2025 and September 29, 2025, both dates inclusive (the "Class Period"). Plaintiff pursues claims against the Defendan under the Securities Act of 1933 and the Securities Exchange Act of 1934.

If you are an investor who purchased or otherwise acquired Firefly securities during the Class Period, you have until January 12, 2026, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

### [Click here for information about joining the class action]

Firefly operates as a space and defense technology company and purports to "provide mission solutions for national security, government, and commercial customers with a established track record for success." Operating through two business segments, Launch and Spacecraft Solutions, Firefly purports to "enable[] government and commercial customers to launch, land, and operate in space - anywhere, anytime."

One of Firefly's flagship launch vehicles is the Alpha, a two-stage rocket which the Company claims is "the only provider of small size launch that has achieved orbit and addresses a critical gap in the market in the 1,000 kilograms category."

The Alpha rocket has had a troubled development history. Of the Alpha rocket's six attempted flights, four have ended in failure, with the Alpha failing to achieve its intended orbit or exploding within minutes of launch in each instance. After Firefly's sixth attempted flight of the Alpha rocket failed on April 29, 2025, the Federal Aviation Administration ("FAA") ordered Firefly to investigate the root cause of this failure, identify the corrective actions necessary to avoid repeating it, and submit a report detailing its findings. The FAA also prohibited Firefly from conducting further attempts to launch the Alpha rocket until it reviewed and accepted Firefly's completed investigation report.

Nevertheless, at all relevant times, Firefly has sought to reassure investors that the Alpha rocket is both "flight proven" and "commercially available."

On July 11, 2025, Firefly filed a registration statement on Form S-1 with the U.S. Securitie and Exchange Commission ("SEC") in connection with the IPO, which, after several amendments, was declared effective by the SEC on August 6, 2025 (the "Registration Statement").

1/9/26, 6:06 PM
Pomerantz Law Firm Announces the Filing of a Class Action Against Firefly Aerospace Inc. and Certain Officers - FLY
Case 1:25-cv-01812-DAE   Document 22-3   Filed 01/12/26   Page 4 of 5

On August 8, 2025, Firefly filed a prospectus on Form 424B4 with the SEC in connection with the IPO, which incorporated and formed part of the Registration Statement (the "Prospectus" and, together with the Registration Statement, the "Offering Documents").

Firefly conducted its August 7, 2025 IPO pursuant to the Offering Documents, selling 19.296 million shares of common stock priced at $45.00 per share.

The Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact or omitted to state other facts necessary to make the statements made not misleading and were not prepared in accordance with the rules and regulations governing their preparation. Additionally, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, the Offering Documents and Defendants made false and/or misleading statements and/or failed to disclose that: (i) Firefly had overstated the demand and growth prospects for its Spacecraft Solutions offerings; (ii) Firefly had overstated the operational readiness and commercial viability of its Alpha rocket program; (iii) the foregoing, once revealed, would likely have a material negative impact on the Company; and (iv) as a result, the Offering Documents and Defendants' public statements throughout the Class Period were materially false and/or misleading and failed to state information required to be stated therein.

On September 22, 2025, Firefly reported its financial results for the second quarter of 2025, its first earnings report as a public company. Among other items, Firefly reported a loss of $80.3 million, or $5.78 per share, compared to $58.7 million, or $4.60 per share, for the same quarter in 2024. Firefly also reported revenue of $15.55 million, below analyst estimates of $17.25 million and down 26.2% from the same quarter in 2024. Significantly, Firefly reported revenue of only $9.2 million in its Spacecraft Solutions business segment, representing a 49% year-over-year decrease.

On this news, Firefly's stock price fell $7.58 per share, or 15.31%, to close at $41.94 per share on September 23, 2025.

Less than one week later, on September 29, 2025, Firefly disclosed that "the first stage of Firefly's Alpha Flight 7 rocket experienced an event that resulted in a loss of the stage." Notably, Firefly CEO Jason Kim stated during the September 22, 2025 earnings call that the Company "expect[ed] to launch Flight 7 in the coming weeks." Following on the heels of Firefly's failed April 2025 Alpha rocket launch, the Alpha 7 test failure raised significant questions about Firefly's ability to meet its commercial launch commitments and the viability of the Company's technology.

Case 1:25-cv-01812-DAE    Document 22-3    Filed 01/12/26    Page 5 of 5

On this news, Firefly's stock price fell $7.66 per share, or 20.73%, to close at $29.30 per share on September 30, 2025.

As of the time this Complaint was filed, Firefly's stock price continues to trade significantly below the $45.00 per share Offering price, damaging investors.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.