UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, MARC WEISER, JED MCCALEB, THOMAS ZURBUCHEN, and CHRISTOPHER EMERSON,<br><br>Defendants. | Case No. 1:25-cv-01812-DAE |

NOTICE OF NON-OPPOSITION OF XUHAO ZHOU TO COMPETING MOTIONS FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On January 12, 2026, Xuhao Zhou ("Zhou"), by and through his counsel, filed a motion pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Zhou as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired (a) Firefly Aerospace Inc. common stock pursuant and/or traceable to Firefly's registration statement issued in connection with the initial public offering conducted on or about August 7, 2025; and/or (b) Firefly securities between August 7, 2025 and September 29, 2025, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and The Briscoe Law Firm, PLLC as Liaison Counsel for the Class.  Dkt. No. 22.

Having reviewed the competing motions before the Court, it appears that Zhou does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  To the extent that denial of any of the competing motions appears warranted, Zhou remains ready and able to serve as the Lead Plaintiff on behalf of the Class.

This notice of non-opposition shall have no impact on Zhou's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  January 20, 2026

Respectfully submitted,

*/s/ J. Alexander Hood II*
J. ALEXANDER HOOD II
(admitted *pro hac vice*)
POMERANTZ LLP
Jeremy A. Lieberman
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016

1

Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com

*Counsel for Xuhao Zhou and*
*Proposed Lead Counsel for the Class*

THE BRISCOE LAW FIRM, PLLC
Willie C. Briscoe
State Bar Number 24001788
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for Xuhao Zhou and*
*Proposed Liaison Counsel for the Class*

2

## CERTIFICATE OF SERVICE

This is to certify that on January 20, 2026, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ J. Alexander Hood II*
J. ALEXANDER HOOD II

3