**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JANA K. DIAMOND, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>FIREFLY AEROSPACE INC., JASON KIM, DARREN MA, REMINGTON WU, JORDI PAREDES GARCIA, KIRK KONERT, THOMAS MARKUSIC, MARC WEISER, JED MCCALEB, THOMAS ZURBUCHEN, AND CHRISTOPHER EMERSON,<br><br>     Defendants. | Case No.: 1:25-cv-1812-DAE<br><br>CLASS ACTION |

**DUSTIN MOON AND ABDULLAH SAAD M. ALARIFI'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

On January 12, 2026, Dustin Moon ("Moon") and Abdullah Saad M. Alarifi ("Alarifi") (together, "Movants") filed their Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Lead Counsel. ECF 21. In addition to their motion, several other motions seeking appointment as lead plaintiff were filed and remain pending before the Court. *See* ECF 18-20, 22.

While Moon and Alarifi possess a significant financial interest in the relief sought by the class and otherwise satisfy Rule 23's adequacy and typicality requirements at this stage (ECF 21 at 3-6), they recognize that other movants claim to have a "larger financial interest" within the meaning of the PSLRA. If, however, the Court determines that the competing movants do not satisfy the PSLRA's requirements for appointment as lead plaintiff for any reason, Moon and Alarifi are willing and able to fulfill that role on behalf of the class. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii) (to qualify as the presumptive lead plaintiff, an applicant must satisfy the Rule 23 requirements and cannot be "subject to unique defenses"); *see also* 15 U.S.C. §77z-1(a)(3)(B)(iii) (same). In addition, DiCello Levitt, Movants' chosen counsel, has substantial experience in prosecuting class actions. ECF 21 at 6-7.

As such, in the event the other movants are found to be atypical or inadequate, are otherwise subject to unique defenses, or are disqualified for any reason, Moon and Alarifi respectfully request that the Court appoint them as lead plaintiffs.

 DATED:  January 26, 2026

                                          s/ Francisco Guerra IV
                                        FRANCISCO GUERRA IV

                                        **GUERRA LLP**
                                        Francisco Guerra IV
                                        Michael Montaño
                                        875 East Ashby Place, Suite 1200
                                        San Antonio, TX  78212
                                        Tel.: (210) 447-0500
                                        fguerra@guerrallp.com
                                        mmontano@guerrallp.com

                                        *Proposed Local Counsel for Movants and the Class*

2

**DiCELLO LEVITT LLP**
Brian O. O'Mara (*pro hac vice* forthcoming)
Henry Rosen (*pro hac vice* forthcoming)
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.: (619) 923-3939
briano@dicellolevitt.com
hrosen@dicellolevitt.com

**DiCELLO LEVITT LLP**
Jarett Sena (*pro hac vice* forthcoming)
485 Lexington Avenue, Suite 1001
New York, NY  10017
Tel.: (646) 933-1000
jsena@dicellolevitt.com

*Counsel for Movants and Proposed Lead
Counsel for the Class*

**MORRIS KANDINOV LLP**
Leo Kandinov
305 Broadway, 7th Floor
New York, NY 10007
Tel.: (332) 240-4024
leo@moka.law

*Proposed Additional Counsel for Movants and
the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 26, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.

*s/ Francisco Guerra IV*
FRANCISCO GUERRA IV

**GUERRA LLP**
Francisco Guerra IV
Michael Montaño
875 East Ashby Place, Suite 1200
San Antonio, TX  78212
Tel.: (210) 447-0500
fguerra@guerrallp.com