- 1 -

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JANA K. DIAMOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIREFLY AEROSPACE INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:25-cv-01812-DAE<br><br>CLASS ACTION |

**PRAKASH VASUDEVA BHAT'S RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS**

- 1 -

On the statutory deadline, five movants sought appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) Julian Petroulas; (2) Prakash Vasudeva Bhat; (3) Dabo Zhao; (4) Xuhao Zhou; and (5) Dustin Moon and Abdullah Saad M. Alarifi. *See* ECF 18-22.

Pursuant to the PSLRA, district courts are to adopt a presumption that the movant with the largest financial interest in the relief sought by the class is the "most adequate plaintiff" if that movant makes a satisfactory showing that it also satisfies the requirements of Fed. R. Civ. P. 23. 15 U.S.C. §78u-4(a)(3)(B)(iii).[1]  Here, Mr. Bhat possesses a substantial financial interest and readily satisfies the Rule 23 requirements. *See* ECF 18.  And while Mr. Petroulas claims to have suffered the largest loss, recent securities class actions highlight the risk to class members of having a single individual serve as the lead plaintiff.  In each case, the lone individual appointed lead plaintiff was unable to represent the class, leaving the class devoid of representation. *See In re eHealth, Inc. Sec. Litig.*, 2022 WL 17038164 (N.D. Cal. Nov. 9, 2022) (appointing another investor as lead plaintiff after reopening lead plaintiff process upon individual lead plaintiff's death); *In re Nutanix, Inc. Sec. Litig.*, 2021 WL 783579 (N.D. Cal. Mar. 1, 2021) (reopening lead plaintiff process and appointing another investor to replace individual who withdrew as lead plaintiff).

Mr. Bhat's service as a lead plaintiff would further benefit the class because of his selection of experienced trial-ready counsel to prosecute these claims.  Indeed, Robbins Geller Rudman & Dowd LLP's attorneys obtained two of the largest PSLRA class action recoveries ever in this Circuit in *In re Enron Corp. Sec. Litig.*, No. 4:01-cv-03624 (S.D. Tex.) ($7.3 billion is largest PSLRA recovery of all time), and *In re Dynegy Inc. Sec. Litig.*, No. 4:02-cv-01571 (S.D. Tex.) ($474 million).  The Firm's securities department comprises numerous trial attorneys and many former

---

[1]  The PSLRA amended the Securities Act of 1933 and Securities Exchange Act of 1934 in virtually identical ways as to the lead plaintiff provisions. *Compare* 15 U.S.C. §78u-4(a)(3)(B) *with* 15 U.S.C. §77z-1(a)(3)(B).  For simplicity, only the Exchange Act is cited herein.

federal and state prosecutors, and utilizes an extensive group of in-house experts to aid in the prosecution of complex securities matters. Courts throughout the country have recognized Robbins Geller's reputation for excellence, leading to the appointment of its attorneys to lead roles in hundreds of complex securities class action cases. *See, e.g.*, *In re Enron Corp. Sec.*, *Derivative & ERISA Litig.*, 586 F. Supp. 2d 732, 797 (S.D. Tex. 2008) (Harmon, J.) (commenting that the "experience, ability, and reputation" of the attorneys with Robbins Geller "is not disputed; it is one of the most successful law firms in securities class actions, if not the preeminent one, in the country"); *Schwartz v. TXU Corp.*, 2005 WL 3148350, at \*14 (N.D. Tex. Nov. 8, 2005) (Kinkeade, J.) ("Lead Counsel have amply demonstrated their competence through their representation of Lead Plaintiffs in this action to date, including their successful negotiation of a $149.75 million settlement of the claims made by Lead Plaintiffs. This is the largest cash settlement in a securities class action ever in this District. It is also one of the largest securities class action recoveries ever obtained in the United States in a case not involving a restart of never reported earnings."). Just months ago, three weeks into a jury trial in federal court in Houston, Texas, Robbins Geller and co-lead trial counsel secured a $126.3 million recovery for investors in a securities fraud class action against Alta Mesa Resources, Inc. The settlement occurred during a multi-week jury trial involving Alta Mesa, certain of its officers, directors, and board members, as well as the private equity firm Riverstone Holdings. The settlement is the largest-ever securities fraud class action recovery involving a SPAC. *See generally In re Alta Mesa Res., Inc. Sec. Litig.*, No. 4:19-cv-00957 (S.D. Tex.).

4924-9911-8985.v1

Thus, while Mr. Petroulas claims to have suffered the largest loss, Mr. Bhat has the next largest interest, provides additional protection to the class, and has amply demonstrated his adequacy by selecting trial-ready counsel.  Mr. Bhat remains ready, willing, and able to fulfill the lead plaintiff role on behalf of the class.

DATED:  January 26, 2026

Respectfully submitted,

KENDALL LAW GROUP, PLLC
JOE KENDALL
(Texas Bar No. 11260700)

*/s/ Joe Kendall*
JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

***Local Counsel***

ROBBINS GELLER RUDMAN
  & DOWD LLP
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

***Proposed Lead Counsel for Proposed Lead Plaintiff***

- 4 -

4924-9911-8985.v1