**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| IN RE FIREFLY AEROSPACE INC. SECURITIES LITIGATION | Civil Action No. 1:25-cv-01812-DAE |
| THIS DOCUMENT RELATES TO: All Actions | CLASS ACTION |

**ORDER GRANTING JOINT MOTION TO SET DEADLINES FOR FILING**
**CONSOLIDATED OR AMENDED COMPLAINT AND**
**DEFENDANTS' RESPONSES THERETO**

Before the Court is the joint motion (the "Motion") of Co-Lead Plaintiffs Julian Petroulas and Prakash Vasudeva Bhat ("Co-Lead Plaintiffs") and Defendants Firefly Aerospace Inc., Jason Kim, Darren Ma, Remington Wu, Jordi Paredes Garcia, Kirk Konert, Thomas Markusic, Marc Weiser, Jed McCaleb, Thomas Zurbuchen, and Christopher Emerson (collectively, "Defendants" and together with Co-Lead Plaintiffs, the "Parties") for entry of an order adopting the Parties' proposed schedule for the filing of a consolidated or amended complaint and for Defendants' responses thereto. Upon consideration, and for good cause, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Parties shall proceed in accordance with the following schedule:

1. Co-Lead Plaintiffs shall file an amended or consolidated complaint on or before May 29, 2026.

2. Defendants shall answer, move to dismiss, or otherwise respond to the amended or consolidated complaint on or before July 30, 2026.

3. If Defendants file a motion to dismiss, Plaintiffs shall file any opposition to the motion to dismiss on or before September 30, 2026.

4.      Defendants shall file a reply in further support of any motion to dismiss on or before October 30, 2026.


SIGNED this 9th day of April, 2026.


_____

David Alan Ezra
Senior United States District Judge

2