UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| In re FIREFLY AEROSPACE INC. SECURITIES LITIGATION | § § § | No. 1:25-cv-01812-DAE<br>CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | § § § § § | |

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL FOR CLAIMS OF JULIAN PETROULAS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Co-Lead Plaintiff Julian Petroulas ("Petroulas"), by and through his undersigned attorneys, hereby voluntarily dismisses his claims as Co-Lead Plaintiff in the above-captioned Action (the "Action"). In all other respects, the Action and the claims asserted in the Consolidated Complaint for Violations of the Federal Securities Laws, ECF No. 42 ("Complaint"), remain pending.

On March 26, 2026, the Court entered an Order Approving Lead Plaintiffs and Approving Selection of Counsel (ECF No. 35), which appointed Prakash Vasudeva Bhat ("Bhat") and Petroulas as Co-Lead Plaintiffs, and approved their respective selection of Robbins Geller Rudman & Dowd LLP and Levi & Korsinsky to serve as Co-Lead Counsel, and of Kendall Law Group, PLLC and Sponsel Miller to serve as Co-Liaison Counsel. ECF No. 35 at 8-10. Since his appointment as Co-Lead Plaintiff, Petroulas has encountered a personal business situation that he believes will demand much of his time and resources and lessen his ability to devote the necessary time and resources for this Action.

In light of the foregoing, Petroulas withdraws as Co-Lead Plaintiff. Petroulas' withdrawal will cause no delay in the prosecution of this Action or prejudice to the putative Class. All claims

for violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 against all defendants as alleged in the Complaint remain pending, and the interests of the Class will continue to be fully and ably represented by Court-appointed Co-Lead Plaintiff Bhat.

Petroulas's withdrawal is without prejudice to his rights to participate in this Action as an absent class member.

DATED: September 23, 2026

LEVI & KORSINSKY, LLP
SHANNON L HOPKINS (*pro hac vice*)
GREGORY M. POTREPKA (*pro hac vice*)

*/s/ Shannon L. Hopkins*

1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: 203/992-4523
212/363-7171 (fax)
shopkins@zlk.com
gpotrepka@zlk.com

*Counsel for Julian Petroulas and Co-Lead Counsel for the Class*

SPONSEL MILLER PLLC
THANE TYLER SPONSEL III
State Bar No. 08390000
Federal I.D. No. 3932
520 Post Oak Boulevard, Suite 310
Houston, TX 77027
Telephone: 713/892-5400
713/892-5401 (fax)
sponsel@smglawgroup.com

*Liaison Counsel for Julian Petroulas and Co-Liaison Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Andrew E. Lencyk, certify that on September 23, 2026, I caused the foregoing Notice of Voluntary Partial Dismissal for Claims of Julian Petroulas Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to be served on all counsel of record via this Court's ECF system

__/s/ Andrew E. Lencyk__
Andrew E. Lencyk